Henry S. David (SBN 89297)
hdavid@davidfirm.com
THE DAVID FIRM®
617 West 7th Street, Suite 702
Los Angeles, CA 90017
Telephone: (213) 550-4020
Facsimile: (213) 550-4010

Attorneys for Creditor
HOWARD L. ABSELET

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Massoud Aron Yashouafar,<br><br>Putative Debtor. | Case No. 2:16-bk-20343-WB<br><br>Inv. Ch. 11<br><br>**NOTICE OF RELATED CASES** |

Creditor Howard L. Abselet ("Creditor") hereby provides this Notice of Related Cases. Although there may be other, related bankruptcies of which Creditor is not aware, Creditor is aware of the following related bankruptcies:[1]

1. In re Encino Corporate Plaza, L.P., Case No. 1:11-bk-14917-GM in the United States Bankruptcy Court for the Central District of California; and

2. In re Solyman Yashouafar, Case No. 1:16-bk-12255-MT, in the United States Bankruptcy Court for the Central District of California.

Putative Debtor Massoud Aaron[2] Yashouafar ("Putative Debtor") is the brother of Solyman Yashouafar, and is jointly and severally liable on many, if not most, of the subject debts, including but not limited to their debts to Creditor and, on information and belief, the petitioning creditors. Further, Debtor and his brother are co-owners of many entities. For example subject to Creditor's charging lien, Debtor and his brother own 100% partnership of the interests in Encino Corporation Plaza, L.P., which is the Debtor is in possession in Case No. 1 identified above.

---

[1] There are many other bankruptcies in which Putative Debtor Massoud Aaron Yashouafar ("Putative Debtor") has, or claims, an interest, but such bankruptcies are either closed or, Creditor asserts, Putative Debtor no longer has an interest.

[2] Petitioning Creditors incorrect spelled Putative Debtor's middle name as "Aron." Creditor does not correct the caption, but uses the correct spelling (Aaron) elsewhere.

1

NOTICE OF RELATED CASES

| | | |
|---|---|---|
| 1 | Dated: August 18, 2016 | Respectfully submitted, |
| 2 | | THE DAVID FIRM® |
| 3 | | |
| 4 | | By: /s/ *Henry S. David* |
| 5 | | Henry S. David |
| 6 | | Attorneys for Creditor |
| | | HOWARD L ABSELET |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
NOTICE OF RELATED CASES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

617 W. 7th Street, Suite 702, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): __NOTICE OF RELATED CASES__

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 08/18/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Larry G Ball    lball@hallestill.com, gjohnson@hallestill.com
- Carol Chow    carol.chow@ffslaw.com
- Fahim Farivar    ffarivar@bakerlaw.com, amcdow@bakerlaw.com, mdelaney@bakerlaw.com, sgaeta@bakerlaw.com

[✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 08/18/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attachment

[✓] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 08/18/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Julia Brand
255 East Temple Street, Room 1375
Los Angeles, CA 90012

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/18/2016 | CLAUDIA LOZA | _/s/_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

## ATTACHMENT 1 TO POS

- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Robert B Kaplan    rbk@jmbm.com
- Matthew Kramer    mkramer@wwhgd.com, krodriguez@wwhgd.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- David L. Neale    dln@lnbyb.com
- Ronald N Richards    ron@ronaldrichards.com, nick@ronaldrichards.com
- Melanie Scott    melanie.scott@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:16-bk-20343-WB<br>Central District of California<br>Los Angeles<br>Thu Aug 18 11:10:24 PDT 2016 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | L.A. County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 | Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067-6253 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | N&S Investment LLC<br>18345 Ventura Blvd Suite 500<br>Tarzana, CA 91356-4245 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Fereydoun Dayani<br>18345 Ventura Blvd Suite 500<br>Tarzana, CA 91356-4245 | Soda Partners, LLC<br>c/o RRA<br>PO Box 11480<br>Beverly Hills, CA 90213-4480 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Yona Samih<br>11766 Wilshire Blvd Suite 260<br>Los Angeles, CA 90025-6573 | Howard L. Abselet<br>c/o Henry S. David<br>617 W. 7th St., Suite 702<br>Los Angeles, CA 90017-3853 |
| Massoud Aron Yashouafar<br>16661 Ventura Blvd Suite 600<br>Encino, CA 91436-1927 | | |

