## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**The Roosevelt Lofts, LLC, Case No. 1:09-bk-14214-GM**
**Encino Corporate Plaza LP, Case No. 1:11-bk-14917-GM**
**Figueroa Tower III, LP, Case No. 1:11-bk-18762-GM, et al.**
**Milbank 505 Sam Houston, LLC, Case No. 2:11-BK-47740-SK, et. al  (USBC S.D. Tex.)**
**Milbank 525 Sam Houston, LLC, Case No. 2:11-BK-47747-SK, et. al  (USBC S.D. Tex.)**
**Milbank 521 Sam Houston, LLC, Case No. 2:12-BK-25297-BB, et. al  (USBC S.D. Tex.)**
**Chester Equities, LLC, Case No. 1:12-bk-13071-AA**
**First National Building I, LLC, Case No. 10-16334-NLJ  (USBC W.D. Okla.)**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles, California**                , California.

Date:      **September 30, 2016**

Massoud Aaron Yashouafar
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Massoud Aaron Yashouafar** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **16-12408** |
| (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|   |   | Unsecured claim |
|---|---|---|

**1**

BB&T
c/o Peter J. Nugent
2711 North Haskell Ave. Ste. 1300
Lockbox 19
Dallas, TX 75204

What is the nature of the claim?    Confession of judgment related to guaranty claim    $ $350,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact

Contact phone

**2**

Chester Tower, LLC
PO Box 32428
Los Angeles, CA 90032

What is the nature of the claim?    Purchased Loans in BK Proceeding    $ $3,000,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Edmond Nahouray    ☑ No

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Massoud Aaron Yashouafar**                    Case number *(if known)*    **16-12408**

---

Contact

**310.666.4540**
Contact phone

☐ Yes. Total claim (secured and unsecured)    $ _____

Value of security:                                        - $ _____
Unsecured claim                                            $ _____

---

**3**

DMF Lighting
1118 E. 223rd St. Unit 1
Carson, CA 90745

What is the nature of the claim?    Loan        $ $495,902.87

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Mark Danesh

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

**310.433.1404**
Contact phone

Value of security:                                        - $ _____
Unsecured claim                                            $ _____

---

**4**

Edmond Lavi
5177 Avenida Hacienda
Tarzana, CA 91356

What is the nature of the claim?    Loan        $ $999,787.55

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Edmond Lavi

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

**310.466.6000**
Contact phone

Value of security:                                        - $ _____
Unsecured claim                                            $ _____

---

**5**

Eli Javid Bendavid
6839 Kings Harbor Drive
Rancho Palos Verdes, CA 90275

What is the nature of the claim?    Loan        $ $425,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Eli Bendavid

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

**310.487.6499**

Value of security:                                        - $ _____

---

B 104 (Official Form 104)                    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | **Massoud Aaron Yashouafar** | | Case number *(if known)* | **16-12408** |
|---|---|---|---|---|

| | Contact phone | Unsecured claim | $ |
|---|---|---|---|

---

**6**    Fereydoun Dayani
18345 Ventura Blvd. Ste# 500
Tarzana, CA 91356

What is the nature of the claim?    **Loan**    $ **1,110,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Fereydoun Dayani

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

Contact

Contact phone

---

**7**    Hamid Ahmadi
6906 Rain Creek Parkway
Austin, TX 78759

What is the nature of the claim?    **Loan**    $ **700,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Hamid Ahmadi

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

Contact

**512.797.8090**
Contact phone

---

**8**    Hamid Joseph Nourmand
1801 Century Park East, Suite
1830
Los Angeles, CA 90067

What is the nature of the claim?    **Loan**    $ **350,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Joseph Nourmand

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

Contact

**310.553.2888**
Contact phone

---

**9**    Howard L. Abselet
114 Pine Street

What is the nature of the claim?    **Judgment**    $ **3,164,945.47**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Debtor 1    **Massoud Aaron Yashouafar**    Case number (*if known*)    **16-12408**

Port Jefferson Station, NY 11776

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☑ Yes. Total claim (secured and unsecured)    $ **$9,400,000.00**

Contact

Contact phone

| | |
|---|---|
| Value of security: | - $ **$6,235,054.53** |
| Unsecured claim | $ **$3,164,945.47** |

---

**10**    **Iraj Zokai**
1058 22nd Street
Santa Monica, CA 90403

What is the nature of the claim?    **Loan**    $ **$350,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Iraj Zokai**

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $

Contact

**213.744.1511**
Contact phone

| | |
|---|---|
| Value of security: | - $ |
| Unsecured claim | $ |

---

**11**    **Levene, Neale, Bender, Yoo & Brill**
10250 Constellation Blvd, Suite 170
Los Angeles, CA 90067

What is the nature of the claim?    **Guaranty of attorney's fees**    $ **$375,232.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**David Neale**

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $

Contact

**310.229.1234**
Contact phone

| | |
|---|---|
| Value of security: | - $ |
| Unsecured claim | $ |

---

**12**    **Mer Enterprises**
P.O. Box 32428
Los Angeles, CA 90032

What is the nature of the claim?    **Loan**    $ **$500,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Massoud Aaron Yashouafar**                    Case number *(if known)*    **16-12408**

**Edmond Nahouray**

Does the creditor have a lien on your property?

■ No
□ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

**310.666.4540**                    Value of security:    - $ _____
Contact phone                    Unsecured claim    $ _____

---

| 13 | **Michael W. Vivoli**<br>**2550 Fifth Avenue, Ste.709**<br>**San Diego, CA 92103** | What is the nature of the claim? | **Legal fees** | $ **$565,143.91** |

As of the date you file, the claim is: Check all that apply
□ Contingent
□ Unliquidated
□ Disputed
■ None of the above apply

**Michael Vivoli**

Does the creditor have a lien on your property?

■ No
□ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

**619.744.9992**                    Value of security:    - $ _____
Contact phone                    Unsecured claim    $ _____

---

| 14 | **N&S Investments LLC**<br>**18345 Ventura Blvd. Ste.500**<br>**Tarzana, CA 91356** | What is the nature of the claim? | **Loan** | $ **$1,800,000.00** |

As of the date you file, the claim is: Check all that apply
□ Contingent
□ Unliquidated
□ Disputed
■ None of the above apply

**Sina Navidbakhsh**

Does the creditor have a lien on your property?

■ No
□ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

**818.343.1700**                    Value of security:    - $ _____
Contact phone                    Unsecured claim    $ _____

---

| 15 | **Neman Brothers and Assocs**<br>**1525 S Broadway**<br>**Los Angeles, CA 90015** | What is the nature of the claim? | **Loan** | $ **$1,000,000.00** |

As of the date you file, the claim is: Check all that apply
□ Contingent
□ Unliquidated
□ Disputed
■ None of the above apply

**Leon Neman**

Does the creditor have a lien on your property?

■ No
□ Yes. Total claim (secured and unsecured)    $ _____

Contact _____                    Value of security:    - $ _____

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number *(if known)*    **16-12408**

**213.765.0100**
Contact phone

Unsecured claim    $

---

**16**

**Parvin Rabbani**
**133 North Willaman**
**Beverly Hills, CA 90210**

What is the nature of the claim?    **Loan**    $ **$1,200,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Parvin Rabbani**

Contact

Contact phone

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**17**

**Reliable Properties**
**6399 Wilshire Blvd., Ste. 604**
**Los Angeles, CA 90048**

What is the nature of the claim?    $ **$1,250,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Jack Nourafshan**

Contact

**323.653.3777**
Contact phone

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**18**

**Sina Abselet**
**19 Doral Drive**
**Manhasset, NY 11030**

What is the nature of the claim?    **Loan**    $ **$1,750,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Sina Abselet**

Contact

**516.445.0987**
Contact phone

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**19**

What is the nature of the claim?    **Loan, partially**    $ **$700,000.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Massoud Aaron Yashouafar**                    Case number *(if known)*   **16-12408**

secured by real
property owned by
Raymond Yashouafar
and Rodney
Yashouafar

**Yahouda Yahoudai**
10390 Wilshire Blvd. #1203
Los Angeles, CA 90024

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Parvin Yahoudai**

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

Contact                                   Value of security:       - $ _____
                                          Unsecured claim          $ _____
Contact phone

---

| 20 | **Yona Samih**<br>11766 Wilshire Blvd, Ste. 260<br>Los Angeles, CA 90025 | What is the nature of the claim?   **Loan**   $ **$600,000.00** |

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Sean Elyaszadeh**

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

Contact                                   Value of security:       - $ _____
310.472.8500                              Unsecured claim          $ _____
Contact phone

---

| Part 2: | Sign Below |

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____                X _____
  **Massoud Aaron Yashouafar**              Signature of Debtor 2
  Signature of Debtor 1

Date   **September 30, 2016**              Date _____

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Massoud Aaron Yashouafar** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 16-12408 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

| | | | |
|---|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $ | 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B......................................... | $ | 73,373.75 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $ | 73,373.75 |

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | | | |
|---|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ | 12,481,288.79 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................ | $ | 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................... | $ | 21,748,982.83 |

**Your total liabilities** $ **34,230,271.62**

### Part 3:    Summarize Your Income and Expenses

| | | | |
|---|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | | |
| | Copy your combined monthly income from line 12 of *Schedule I*...................................... | $ | 33,636.48 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | | |
| | Copy your monthly expenses from line 22c of *Schedule J*............................................. | $ | 46,584.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes
7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

Debtor 1   **Massoud Aaron Yashouafar**                                          *(Case number (if known)* **16-12408**

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

    $ _____

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Note regarding Schedules of Assets and Liabilities:

While the Debtor has made reasonable efforts to ensure that his Schedules of Assets and Liabilities
("Schedules") and Statement of Financial Affairs ("Statements") are accurate and complete, they may
contain inadvertent errors or omissions. The Debtor reserves the right to further amend and/or supplement
the Schedules and Statements from time to time as it deems necessary or appropriate to address any errors,
omissions and/or additional information of which it becomes aware.

Schedule E/F permits the Debtor to designate a claim as disputed, contingent and/or unliquidated. The
failure to designate a claim on any of the Schedules as disputed, contingent and/or unliquidated does not
constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute,
object to, assert counter-claims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/
or obtain reclassification of any claim or any interest in property securing such claim. The dollar amounts of
claims listed may be exclusive of interest, contingent, and unliquidated amounts.

The inclusion of one or more contracts on Schedule G is not an admission that such contract or agreement, as
the case may be, is, or is not, executory.

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Massoud Aaron Yashouafar** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 16-12408 |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| 3.1 | Make: **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **Suburban** | ☑ Debtor 1 only | | |
| | Year: **1999** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **104,848** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | Vehicle is free and clear. | ☐ Check if this is community property (see instructions) | $500.00 | $500.00 |

| 3.2 | Make: **BMW** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **428i Coupe S** | ☐ Debtor 1 only | | |
| | Year: **2014** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **26,700 (approx)** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☑ At least one of the debtors and another | | |
| | VIN WBA3N7C56EF719091. Vehicle was damaged in an accident on 9-26-16. Vehicle is leased with payments of approximately $1,600 remaining. | ☐ Check if this is community property (see instructions) | Unknown | Unknown |

Debtor 1    **Massoud Aaron Yashouafar**    Case number *(if known)*    16-12408

| 3.3 | Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **S400HV** | ☑ Debtor 1 only | |
| | Year: | **2010** | ☐ Debtor 2 only | |

Approximate mileage: **57,000 (approx)**

Other information:

VIN WDDNG9FB7AA318231
purchase 9/12/2011

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$24,440.00**

Current value of the portion you own? **$24,440.00**

| 3.4 | Make: | **Hyundai** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Equus** | ☐ Debtor 1 only | |
| | Year: | **2011** | ☐ Debtor 2 only | |

Approximate mileage: **83,000 (approx)**

Other information:

Debtor pays for vehicle but vehicle is not titled in Debtor's name.

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$0.00**

Current value of the portion you own? **$0.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>    **$24,940.00**

**Part 3:**    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Various household goods and furnishings at 910 N. Rexford Drive | $20,000.00 |
| Rugs (none antiques) each valued approximately $1,000-$7,500. | $10,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| Misc. televisions, computers and stereo equipment. | $2,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

| Debtor 1 | **Massoud Aaron Yashouafar** | Case number *(if known)* | **16-12408** |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....

| Various | $5,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.....

| Wife's wedding band | $1,000.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................

| $38,000.00 |

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes....................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes......................                                    Institution name:

| 17.1. | **Checking** | **Umpqua Bank xx6717** | $250.00 |
| 17.2. | **Checking** | **Pacific Western Bank  xx7870** | $108.00 |

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number *(if known)*    **16-12408**

| | | | |
|---|---|---|---|
| 17.3. | **Checking** | **Ally Bank xx0806** | $310.75 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes..................    Institution or issuer name:

   **TD Ameritrade Account No. XX9057 in wife's name.  Brokerage
   account opened for son and securities purchased with funds from
   son.  Listing this account here is not an acknowledgment that the
   Debtor or his wife have any ownership in this account.**    $4,765.00

   **25000 shares of California Business Bank stock (Debtor holds
   share certificate).**    $5,000.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**
   ☐ No
   ■ Yes.  Give specific information about them..................
       Name of entity:    % of ownership:

       **See attached list.**    %    Unknown

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
       Type of account:    Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes.  Give specific information about them...

Debtor 1   **Massoud Aaron Yashouafar**                                Case number *(if known)*   **16-12408**

| | |
|---|---|
| **Massoud and Parinaz Yashouafar 2003 Trust, family revocable trust without any assets on Petition Date. The Debtor believes based on investigation to date that the only current holding of the trust is 99% of Madison Equities, LP.** | $0.00 |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                        Beneficiary:                        Surrender or refund value:

32. **Any interest in property that is due from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☑ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☑ Yes.  Describe each claim.........

| | |
|---|---|
| **Claims against Simon Barlava including for recovery of funds owed and tortious economic intereference.** | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ☑ Yes.  Describe each claim.........

| Debtor 1 | **Massoud Aaron Yashouafar** | Case number *(if known)* | **16-12408** |
|---|---|---|---|

> See no. 33. In certain cases claims against Simon Barlava
> may be used as set offs.

Unknown

35. **Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here..............................................................................................

$10,433.75

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest In That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  .....................................

$0.00

**Part 8:**  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**  .........................................................................................

$0.00

56. **Part 2: Total vehicles, line 5**                                     $24,940.00
57. **Part 3: Total personal and household items, line 15**            $38,000.00
58. **Part 4: Total financial assets, line 36**                        $10,433.75
59. **Part 5: Total business-related property, line 45**                    $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**           $0.00
61. **Part 7: Total other property not listed, line 54**            +       $0.00

62. **Total personal property.** Add lines 56 through 61...          $73,373.75    Copy personal property total   $73,373.75

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                                                  $73,373.75

*In re Massoud Aaron Yashouafar*
United States Bankruptcy Court for the Central District of California
Bk. Case No. 1:16-12408-GM

# Schedule A/B Attachment No. 19

| **Entity** | **Interest** | **Value** |
|---|---|---|
| Encino Corporate Plaza, LP | 50% | $5,750,000 |
| ECP Building, Inc.* | 50% | $0.00 |
| Roosevelt Lofts, Inc.* | 46.73% or 23.37% | $485,054 |
| Alliance Property Investments, Inc.* | 50% | $0 (uncertain because of litigation) |
| Hexagon Holdings, LP | 100% | unknown |
| S&M Yashouafar Investment GP | 50% | $1,000 |
| Sky Las Vegas Condominium Inc. | 25.419% | $500 |
| Madison Equities, LP | 100% | $760,000 |
| The Yashouafar GP | 50% | $175,000 |
| Morgan Equities, Inc. | 50% | $31,000 |
| Milbank Holding Corp. | 50% | $0 |
| Kadima Security Services, Inc. (owned by wife) | 10% | $20,000 |

*Howard L. Abselet claims to have foreclosed on the Debtor's interest in the stock of ECP Building, Inc., Roosevelt Lofts, Inc., and Alliance Investment Properties, Inc. The Debtor disputes that the foreclosures were valid, and the matter is on appeal to the United States Court of Appeals for the Ninth Circuit.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Massoud Aaron Yashouafar** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 16-12408 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **1999 Chevrolet Suburban 104,848 miles**<br>**Vehicle is free and clear.**<br>Line from *Schedule A/B*: 3.1 | $500.00 | ■ | $500.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **2010 Mercedes S400HV 57,000 (approx) miles**<br>**VIN WDDNG9FB7AA318231 purchase 9/12/2011**<br>Line from *Schedule A/B*: 3.3 | $24,440.00 | ■ | $5,350.00 | C.C.P. § 703.140(b)(2) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **2010 Mercedes S400HV 57,000 (approx) miles**<br>**VIN WDDNG9FB7AA318231 purchase 9/12/2011**<br>Line from *Schedule A/B*: 3.3 | $24,440.00 | ■ | $15,037.36 | C.C.P. § 703.140(b)(5) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Various household goods and furnishings at 910 N. Rexford Drive**<br>Line from *Schedule A/B*: 6.1 | $20,000.00 | ■ | $20,000.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Rugs (none antiques) each valued approximately $1,000-$7,500.**<br>Line from *Schedule A/B*: 6.2 | $10,000.00 | ■ | $10,000.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if known)    16-12408

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Misc. televisions, computers and stereo equipment.**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Various**<br>Line from *Schedule A/B*: **11.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Wife's wedding band**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| **25000 shares of California Business Bank stock (Debtor holds share certificate).**<br>Line from *Schedule A/B*: **18.2** | $5,000.00 | ■ $2,010.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Massoud Aaron Yashouafar** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **16-12408** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|---|
| **2.1** **DMARC -- 2007 CD5**<br>**Garden Street**<br>Creditor's Name<br><br>**Aires Law Firm**<br>**180 Newport Center Dr.,**<br>**Ste. 260**<br>**CA 92666**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**Debtor's interest in Figueroa Tower III, LP** | | **$3,077,236.15** | **Unknown** | **Unknown** |

**Who owes the debt?** Check one.

As of the date you file, the claim is: Check that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Charging order on judgment on guaranty claim

Date debt was incurred _____    Last 4 digits of account number _____

| | | | | | |
|---|---|---|---|---|---|
| **2.2** **Howard L. Abselet**<br>Creditor's Name<br><br><br><br>**114 Pine Street**<br>**Port Jefferson Station,**<br>**NY 11776**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**Limited partnership interest in ECPLP; 50% of stock in ECP Building, Inc., 50% of stock in Roosevelt Lofts, Inc., and 50% of stock in Alliance Property Investments, Inc.** | | **$9,400,000.00** | **$6,235,054.53** | **$3,164,945.4**<br>**7** |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor 1 | **Massoud Aaron Yashouafar** | | Case number (if know) | 16-12408 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| | | | |
|---|---|---|---|
| ■ At least one of the debtors and another | ■ Judgment lien from a lawsuit | | |
| ☐ Check if this claim relates to a community debt | ■ Other (including a right to offset) | **Charging order** | |

Date debt was incurred    2008          Last 4 digits of account number _____

---

| 2.3 | **Mercedes-Benz Financial Services** | Describe the property that secures the claim: | $4,052.64 | $24,440.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

> **2010 Mercedes S400HV 57,000 (approx) miles
> VIN WDDNG9FB7AA318231
> purchase 9/12/2011**

**36455 Corporate Drive
Farmington, MI 48331**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred          Last 4 digits of account number    **4001**

---

| | |
|---|---|
| Add the dollar value of your entries In Column A on this page. Write that number here: | $12,481,288.79 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $12,481,288.79 |

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Massoud Aaron Yashouafar** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **16-12408** |

☐ Check if this is an amended filing

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.

   ☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **American Express** | Last 4 digits of account number    5008 | | $27,410.06 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Box 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

When was the debt incurred?    **Various**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

Debtor 1 __Massoud Aaron Yashouafar__   Case number (if know)   __16-12408__

---

| 4.2 | **Andrews Davis, P.C** | Last 4 digits of account number | | $67,503.99 |

Nonpriority Creditor's Name
**100 N Broadway, Ste. 3300**
**Oklahoma City, OK 73102**

When was the debt incurred?   **Various**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Fees**

---

| 4.3 | **AXA Equitable** | Last 4 digits of account number | **6602** | $25,324.79 |

Nonpriority Creditor's Name
**Box 371459**
**Pittsburgh, PA 15250-7459**

When was the debt incurred?   **Various**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Insurance**

---

| 4.4 | **Babak Cohen / Bita Kohan** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**1216 Saltair Ave. #102**
**Los Angeles, CA 90025**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Loan**

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if know)    16-12408

---

| 4.5 | **Bank of America** | Last 4 digits of account number    4643 | $6,170.91 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 15019**
**Wilmington, DE 19886-5019**

When was the debt incurred?    **Various**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.6 | **Barclay Card (Card Services)** | Last 4 digits of account number    4007 | $2,301.50 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 60517**
**City of Industry, CA 91716-0517**

When was the debt incurred?    **Various**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.7 | **Barnett and Csoka** | Last 4 digits of account number | $117,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3883 Howard Huges Parkway,Ste. 790**
**Las Vegas, NV 89169**

When was the debt incurred?    **Various**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Legal Fees**

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if know)    16-12408

---

| 4.8 | **BB&T** | Last 4 digits of account number | | $350,000.00 |

Nonpriority Creditor's Name
c/o Peter J. Nugent
2711 North Haskell Ave. Ste. 1300
Lockbox 19
Dallas, TX 75204

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Other. Specify    **Confession of judgment related to guaranty claim**

---

| 4.9 | **Bloomingdale's** | Last 4 digits of account number | 6521 | Unknown |

Nonpriority Creditor's Name
PO Box 183083
Columbus, OH 43218-3083

When was the debt incurred?    **Various**

Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Other. Specify    **Credit Card**

---

| 4.1 0 | **Bloomingdale's (Amex)** | Last 4 digits of account number | 8057 | Unknown |

Nonpriority Creditor's Name
PO Box 183083
Columbus, OH 43218-3083

When was the debt incurred?    **Various**

Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

Debtor 1    **Massoud Aaron Yashouafar**                                        Case number *(if know)*    16-12408

---

| 4.1 1 | **BMW Card Services** | | Last 4 digits of account number    **7343** | | | $11,688.51 |

Nonpriority Creditor's Name
**PO Box 660545**
**Dallas, TX 75266-0545**
Number Street City State Zip Code

**When was the debt incurred?**    **Various**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.1 2 | **BMW Financial Services** | | Last 4 digits of account number    **4721** | | | $1,100.00 |

Nonpriority Creditor's Name
**PO Box 78103**
**Phoenix, AZ 85062-8103**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Car Lease**

---

| 4.1 3 | **Capital One** | | Last 4 digits of account number    **6679** | | | $3,742.75 |

Nonpriority Creditor's Name
**PO Box 60599**
**City of Industry, CA 91716-0599**
Number Street City State Zip Code

**When was the debt incurred?**    **Various**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Debtor 1  **Massoud Aaron Yashouafar**                                     Case number (if know)    16-12408

---

**4.1 4**

**Chase Card Services**                          Last 4 digits of account number    9309                        $8,765.63
Nonpriority Creditor's Name
**PO Box 94014**                                 When was the debt incurred?    **Various**
**Palatine, IL 60094-4014**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community        ☐ Student loans
debt
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify    **Credit Card**

---

**4.1 5**

**Chase Card Services (Southwest)**              Last 4 digits of account number    0920                        $2,424.53
Nonpriority Creditor's Name
**PO Box 94014**                                 When was the debt incurred?    **Variouis**
**Palatine, IL 60094-4014**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community        ☐ Student loans
debt
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify    **Credit Card**

---

**4.1 6**

**Chase Card Services (Southwest)**              Last 4 digits of account number    1990                        $13,053.74
Nonpriority Creditor's Name
**PO Box 94014**                                 When was the debt incurred?    **Various**
**Palatine, IL 60094-4014**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community        ☐ Student loans
debt
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify    **Credit Card**

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if know)    16-12408

| 4.1 7 | **Chester Tower, LLC** | Last 4 digits of account number ___ | $3,000,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 32428**
**Los Angeles, CA 90032**
Number Street City State Zip Code

When was the debt incurred? ___

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Loans made to entity and acquired through bankruptcy proceeding**

---

| 4.1 8 | **Citicards** | Last 4 digits of account number **2443** | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 689197**
**Des Moines, IA 50368-9197**
Number Street City State Zip Code

When was the debt incurred? **Various**

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.1 9 | *City of Beverly Hills* | Last 4 digits of account number **0653** | $2,039.54 |
|---|---|---|---|

Nonpriority Creditor's Name
**455 North Rexford Drive**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

When was the debt incurred? ___

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Municpal refuse service**

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if know) _____16-12408_____

---

**4.2.0**

**David Pouraba**
Nonpriority Creditor's Name
8271 Melrose Ave Ste. 200
Los Angeles, CA 90046
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☒ No

☐ Yes

Last 4 digits of account number _____    **$250,000.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Claim for payments made on account of joint and several debts including partnership obligations**

---

**4.2.1**

**Diners Club**
Nonpriority Creditor's Name
PO Box 6101
Carol Stream, IL 60197-6101
Number Street City State Zip Code

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☒ No

☐ Yes

Last 4 digits of account number    **3607**    **$4,021.49**

When was the debt incurred?    **Various**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

---

**4.2.2**

**Discover**
Nonpriority Creditor's Name
PO Box 29033
Phoenix, AZ 85038-9033
Number Street City State Zip Code

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☒ No

☐ Yes

Last 4 digits of account number    **2105**    **Unknown**

When was the debt incurred?    **Various**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

---

Debtor 1    **Massoud Aaron Yashouafar**                                    Case number (if know)   16-12408

---

| 4.2 3 | | |
|---|---|---|

**DMF Lighting**
Nonpriority Creditor's Name
**1118 E. 223rd St. Unit 1**
**Carson, CA 90745**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____          $495,902.87

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Loan**

---

| 4.2 4 | | |
|---|---|---|

**East West Bank (Cardmember Service)**
Nonpriority Creditor's Name
**PO Box 790408**
**Saint Louis, MO 63179-0408**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **9238**          $491.86

When was the debt incurred?   **Various**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.2 5 | | |
|---|---|---|

**Edmond Lavi**
Nonpriority Creditor's Name
**5177 Avenida Hacienda**
**Tarzana, CA 91356**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____          $999,787.55

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Loan**

---

Debtor 1  **Massoud Aaron Yashouafar**   Case number (if know)   16-12408

---

| 4.2 6 | **Eli Javid Bendavid** | | | $425,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6839 Kings Harbor Drive**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Loan**

---

| 4.2 7 | **Elizabeth Sax** | | | $33,274.48 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6355 Topanga Canyon Blvd. Ste# 255**
**Woodland Hills, CA 91367**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Payments owing on account of settlement agreement**

---

| 4.2 8 | **Fereydoun Dayani** | | | $1,110,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**18345 Ventura Blvd. Ste# 500**
**Tarzana, CA 91356**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Loan**

---

Debtor 1    **Massoud Aaron Yashouafar**                                              Case number (if know)    16-12408

| 4.2 9 | **Great Lakes (US Department of Educa** | Last 4 digits of account number | 0007 | $68,209.22 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 530229
Atlanta, GA 30353-0229**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty of student loan for child**

---

| 4.3 0 | **Great Lakes (US Department of Educa** | Last 4 digits of account number | 0005 | $49,492.57 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 530229
Atlanta, GA 30353-0229**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty of student loan for child**

---

| 4.3 1 | **Great Lakes (US Department of Educa** | Last 4 digits of account number | 0006 | $42,830.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 530229
Atlanta, GA 30353-0229**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty of student loan for child**

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if know)    16-12408

---

**4.3
2**

**Greenblatt Loveridge**
Nonpriority Creditor's Name
**22151 Ventura Blvd. Ste. 200
Woodland Hills, CA 91364**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **$3,000.00**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Legal Fees**

---

**4.3
3**

**Gregor Law Offices**
Nonpriority Creditor's Name
**2550 Fifth Avenue, Ste. 709
San Diego, CA 92103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **$14,501.59**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Legal Fees**

---

**4.3
4**

**Hamid Ahmadi**
Nonpriority Creditor's Name
**6906 Rain Creek Parkway
Austin, TX 78759**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **$700,000.00**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Loan secured also secured by lien on Raymond Yashouafar's residence**

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if know)    16-12408

---

**4.3 5**

**Hamid Joseph Nourmand**
Nonpriority Creditor's Name
**1801 Century Park East, Suite 1830**
**Los Angeles, CA 90067**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $350,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loan**

---

**4.3 6**

**Holthouse, Carlin & Van Trigt, LLP**
Nonpriority Creditor's Name
**11444 W. Olympic Blvd, 11th Floor**
**Los Angeles, CA 90064**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $32,448.43

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Accounting Fees**

---

**4.3 7**

**Iraj Zokai**
Nonpriority Creditor's Name
**1058 22nd Street**
**Santa Monica, CA 90403**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $350,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loan**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if know)    16-12408

---

| 4.3 8 | **Jay J. Fathi** | Last 4 digits of account number | | | $347,000.00 |

Nonpriority Creditor's Name
**235 1/2 Elm St.**
**Beverly Hills, CA 90212**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Loan**

---

| 4.3 9 | **JCBL Trust** | Last 4 digits of account number | | | $655,752.24 |

Nonpriority Creditor's Name
**16661 Ventura Blvd Ste. 608**
**Encino, CA 91436**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Loan**

---

| 4.4 0 | **John Hancock Life Insurance Company** | Last 4 digits of account number | 4331 | | $3,750.00 |

Nonpriority Creditor's Name
**PO Box 894764**
**Los Angeles, CA 90189-4764**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Insurance**

---

Debtor 1   **Massoud Aaron Yashouafar**                                    Case number (if know)   **16-12408**

| 4.4 1 | **Kluger & Stein** | | | | $5,840.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**16000 Ventura Blvd, Suite 1000
Encino, CA 91436**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Fees**

---

| 4.4 2 | **Law Offices of Homan Taghdiri** | | | | $305,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1801 Century Park East, Ste. 830
Los Angeles, CA 90067**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   **Prior to 2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Fees**

---

| 4.4 3 | **Levene, Neale, Bender, Yoo & Brill** | | | | $375,232.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**10250 Constellation Blvd, Suite 170
Los Angeles, CA 90067**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   **Various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of legal fees for services for entities**

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if know)    16-12408

---

| 4.4 4 | **Macy's** | | Last 4 digits of account number | 1950 | Unknown |

Nonpriority Creditor's Name
**PO Box 689195**
**Des Moines, IA 50368-9195**
Number Street City State Zip Code

When was the debt incurred?    **Various**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.4 5 | **Mayer Makabi** | | Last 4 digits of account number | | $210,000.00 |

Nonpriority Creditor's Name
**10432 Eastborn Ave., Appt #205**
**Los Angeles, CA 90024**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Loan**

---

| 4.4 6 | **Mehrdad Taghdiri** | | Last 4 digits of account number | | $225,000.00 |

Nonpriority Creditor's Name
**9744 Wilshire Blvd. Ste.306**
**Beverly Hills, CA 90212**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Loan**

---

Debtor 1    **Massoud Aaron Yashouafar**    Case number (if know)    16-12408

---

| 4.4 7 | **Mer Enterprises** | Last 4 digits of account number | | $500,000.00 |

**Mer Enterprises**
Nonpriority Creditor's Name
**P.O. Box 32428**
**Los Angeles, CA 90032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $500,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Loan**

---

| 4.4 8 | **Mercury Insurance** | Last 4 digits of account number | 3040 | $594.20 |

**Mercury Insurance**
Nonpriority Creditor's Name
**PO Box 11991**
**Santa Ana, CA 92711**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    3040    $594.20

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Insurance**

---

| 4.4 9 | **Michael W. Vivoli** | Last 4 digits of account number | | $565,143.91 |

**Michael W. Vivoli**
Nonpriority Creditor's Name
**2550 Fifth Avenue, Ste.709**
**San Diego, CA 92103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $565,143.91

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Legal Fees**

---

Debtor 1    **Massoud Aaron Yashouafar**                                                    Case number *(if know)*    16-12408

---

| 4.5 0 | **Milken Community High School** | Last 4 digits of account number | 8645 | $27,539.02 |

Nonpriority Creditor's Name
**15800 Zeldin's Way**
**Los Angeles, CA 90049**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **School Fees**

---

| 4.5 1 | **N&S Investments LLC** | Last 4 digits of account number | | $1,800,000.00 |

Nonpriority Creditor's Name
**18345 Ventura Blvd. Ste.500**
**Tarzana, CA 91356**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Loan**

---

| 4.5 2 | **Neiman Marcus** | Last 4 digits of account number | 4593 | Unknown |

Nonpriority Creditor's Name
**PO Box 5235**
**Carol Stream, IL 60197-5235**
Number Street City State Zip Code

When was the debt incurred?    **Various**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

Debtor 1   **Massoud Aaron Yashouafar**   Case number *(if know)*   16-12408

---

**4.5 3**

**Neman Brothers and Assocs**
Nonpriority Creditor's Name
**1525 S Broadway**
**Los Angeles, CA 90015**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $1,000,000.00

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan**

---

**4.5 4**

**Nordstrom Bank**
Nonpriority Creditor's Name
**PO Box 79137**
**Phoenix, AZ 85062-9137**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **6977**   $2,739.04

When was the debt incurred?   **Various**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.5 5**

**Paradise Spa Owners Association**
Nonpriority Creditor's Name
**c/o Mark A. Solomon**
**Solomon Dwiggins & Freer, LTD.**
**9060 W. Cheyenne Ave.**
**Las Vegas, NV 89129**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Litigation claim related to Paradise Spa HOA**

---

Debtor 1   **Massoud Aaron Yashouafar**                                              Case number *(if know)*   16-12408

| | | |
|---|---|---|
| 4.5 6 | **Parvin Rabbani** | $1,200,000.00 |

Nonpriority Creditor's Name
**133 North Willaman**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Loan

| | | |
|---|---|---|
| 4.5 7 | **Philip Pournazarian** | $250,000.00 |

Nonpriority Creditor's Name
**20722 Wells Drive**
**Woodland Hills, CA 91365**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Loan

| | | |
|---|---|---|
| 4.5 8 | **Quality Swimming Pool** | Unknown |

Nonpriority Creditor's Name
**2938 W. 15th St.**
**Los Angeles, CA 90006**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 21

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Pool Maintenance

Debtor 1    **Massoud Aaron Yashouafar**                                              Case number *(if know)*    16-12408

---

| 4.59 | | | |
|---|---|---|---|

**Raymond Carino**

Nonpriority Creditor's Name

c/o Mark A. Solomon
Solomon Dwiggins & Freer, LTD.
9060 W. Cheyenne Ave.
Las Vegas, NV 89129

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

| 4.60 | | | |
|---|---|---|---|

**Raymond Yashouafar**

Nonpriority Creditor's Name

16661 Ventura Blvd Ste. 608
Encino, CA 91436

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    **$145,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Loan**

---

| 4.61 | | | |
|---|---|---|---|

**Reliable Properties**

Nonpriority Creditor's Name

6399 Wilshire Blvd., Ste. 604
Los Angeles, CA 90048

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    **$1,250,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Loan**

---

Debtor 1 **Massoud Aaron Yashouafar** _____ Case number (if know) **16-12408**

---

| 4.6 2 | **Robert M. Heller** | Last 4 digits of account number _____ | $48,398.64 |
|---|---|---|---|

Nonpriority Creditor's Name
**1880 Century Park East, Ste.615**
**Los Angeles, CA 90067**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Other. Specify   **Attorneys fees**

---

| 4.6 3 | **Rodney Yashouafar** | Last 4 digits of account number _____ | $259,097.67 |
|---|---|---|---|

Nonpriority Creditor's Name
**2208 Parnell Ave.**
**Los Angeles, CA 90064**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Other. Specify   **Loan**

---

| 4.6 4 | **Simon Barlava** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**524 N. Alpine Dr.**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

When was the debt incurred?   **Various**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☐ No
☒ Yes

☒ Other. Specify   **Litigation Claims**

---

Debtor 1    **Massoud Aaron Yashouafar**                                      Case number (if know)    16-12408

| 4.6 5 | | | |
|---|---|---|---|

**Sina Abselet**
Nonpriority Creditor's Name

**19 Doral Drive**
**Manhasset, NY 11030**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____                    $1,750,000.00

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Loan**

---

| 4.6 6 | | | |
|---|---|---|---|

**Southern California Edison**
Nonpriority Creditor's Name

**PO Box 600**
**Rosemead, CA 91771-0001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2001**                    $1,547.29

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Utility service to residence**

---

| 4.6 7 | | | |
|---|---|---|---|

**The Gas Company**
Nonpriority Creditor's Name

**PO Box C**
**Monterey Park, CA 91756-5111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **7598**                    $147.47

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Utility service to residence**

---

Debtor 1    **Massoud Aaron Yashouafar**                                          Case number (if know)    16-12408

---

| 4.6 8 | **The Nimkoff Firm** | Last 4 digits of account number ____ | $46,206.66 |
|---|---|---|---|

Nonpriority Creditor's Name

**28 Robert Circle**
**Syosset, NY 11791**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? ____

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Legal Fees**

---

| 4.6 9 | **Time Warner Cable** | Last 4 digits of account number    0098 | $485.92 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 60074**
**City of Industry, CA 91716-0074**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? ____

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Utility service to residence**

---

| 4.7 0 | **United Mileage Plus (Chase)** | Last 4 digits of account number    0839 | $38,406.04 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 94014**
**Palatine, IL 60094-4014**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?    **Various**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Debtor 1    **Massoud Aaron Yashouafar**

Case number (if know)    16-12408

---

| 4.7 1 | **US Bank** | Last 4 digits of account number    **7328** | **$5,616.64** |

Nonpriority Creditor's Name
**PO Box 790408**
**Saint Louis, MO 63179-0408**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
■ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty Claim**

---

| 4.7 2 | **World Real Estate Group** | Last 4 digits of account number | **$150,000.00** |

Nonpriority Creditor's Name
**PO Box 15925**
**Beverly Hills, CA 90209**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Loan**

---

| 4.7 3 | **Yahouda Yahoudai** | Last 4 digits of account number | **$700,000.00** |

Nonpriority Creditor's Name
**10390 Wilshire Blvd. #1203**
**Los Angeles, CA 90024**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Loan, partially secured by real estate owned by Raymond Yashouafar and Rodney Yashouafar**

---

Debtor 1    **Massoud Aaron Yashouafar**  _____    Case number (if know)    16-12408

---

| 4.7 4 | **Yona Samih** | Last 4 digits of account number _____ | $600,000.00 |

Nonpriority Creditor's Name
**11766 Wilshire Blvd, Ste. 260**
**Los Angeles, CA 90025**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Loan**

---

| 4.7 5 | **Ziba Sarafian** | Last 4 digits of account number _____ | $300,000.00 |

Nonpriority Creditor's Name
**18345 Ventura Blvd., Ste. 500**
**Tarzana, CA 91356**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Loan**

---

| 4.7 6 | **Ziba Sarafian** | Last 4 digits of account number _____ | $313,000.00 |

Nonpriority Creditor's Name
**18345 Ventura Blvd., Ste. 500**
**Tarzana, CA 91356**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Loan**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

---

| Debtor 1 | **Massoud Aaron Yashouafar** | | Case number (if know) | 16-12408 |
|---|---|---|---|---|

Keith Owens
Venable
2049 Century Park East Ste. 2300
Los Angeles, CA 90067

Line **4.71** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | | Total Claim |
|---|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ | | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | | 0.00 |
| | | | | | | Total Claim |
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ | | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | | 21,748,982.83 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | | 21,748,982.83 |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Massoud Aaron Yashouafar** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **16-12408** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| | Name, Number, Street, City, State and ZIP Code | |
| 2.1 | **BMW Financial Services**<br>**PO Box 78103**<br>**Phoenix, AZ 85062-8103** | Lease for 2014 BMW 428i Coupe S |
| 2.2 | **Elkwood Associates LLC**<br>**1 Capital Associates #660**<br>**Sacramento, CA 95814** | **Residential Lease or Month-to-Month Rental Agreement for 910 N. Rexford Drive, Beverly Hills, CA 90210.** |
| 2.3 | **Mercedes Benz Financial Services**<br>**36455 Corporate Drive**<br>**Farmington, MI 48331** | **Installment sale contract for purchase of 2010 MBZ S400HV motor vehicle** |
| 2.4 | **Simon Barlava**<br>**524 N. Alpine Dr.**<br>**Beverly Hills, CA 90210** | **Alleged settlement agreement reached after mediation** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Massoud Aaron Yashouafar** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **16-12408** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
■ Yes.

In which community state or territory did you live? ___-NONE-___. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

**Column 1:** Your codebtor
Name, Number, Street, City, State and ZIP Code

**Column 2:** The creditor to whom you owe the debt
Check all schedules that apply:

3.1  **Charlene Yashouafar**
**16661 Ventura Blvd. Ste. 444**
**Encino, CA 91436**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____
**BMW Financial Services**

3.2  **David Pourbaba**
**8271 Melrose Ave., Ste. 200**
**Los Angeles, CA 90046**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.8___
☐ Schedule G _____
**BB&T**

Debtor 1    **Massoud Aaron Yashouafar**                                      Case number (if known)    **16-12408**

---

|  | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |

3.3    **Parinaz Yashouafar**
       **16661 Ventura Blvd. Ste. 444**
       **Encino, CA 91436**

■ Schedule D, line ___2.6___
□ Schedule E/F, line _____
□ Schedule G _____
**Mercedes-Benz Financial Services**

---

3.4    **Raymond Yashoafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

□ Schedule D, line _____
■ Schedule E/F, line ___4.73___
□ Schedule G _____
**Yahouda Yahoudai**

---

3.5    **Raymond Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

□ Schedule D, line _____
■ Schedule E/F, line ___4.34___
□ Schedule G _____
**Hamid Ahmadi**

---

3.6    **Rodney Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

□ Schedule D, line _____
■ Schedule E/F, line ___4.73___
□ Schedule G _____
**Yahouda Yahoudai**

---

3.7    **Simon Barlava**
       **524 N. Alpine Dr.**
       **Beverly Hills, CA 90210**

□ Schedule D, line _____
■ Schedule E/F, line ___4.62___
□ Schedule G _____
**Robert M. Heller**

---

3.8    **Solyman Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

■ Schedule D, line ___2.2___
□ Schedule E/F, line _____
□ Schedule G _____
**Howard L. Abselet**

---

3.9    **Solyman Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

■ Schedule D, line ___2.3___
□ Schedule E/F, line _____
□ Schedule G _____
**Howard L. Abselet**

---

Debtor 1   **Massoud Aaron Yashouafar**                                Case number (if known)   **16-12408**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10   **Solyman Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

☐ Schedule D, line __2.5__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Howard L. Abselet**

3.11   **Solyman Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

☐ Schedule D, line _____
■ Schedule E/F, line __4.27__
☐ Schedule G _____
**Elizabeth Sax**

3.12   **Solyman Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**BB&T**

3.13   **Solyman Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

☐ Schedule D, line _____
■ Schedule E/F, line __4.20__
☐ Schedule G _____
**David Pouraba**

3.14   **Solyman Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

☐ Schedule D, line _____
■ Schedule E/F, line __4.28__
☐ Schedule G _____
**Fereydoun Dayani**

3.15   **Solyman Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

☐ Schedule D, line _____
■ Schedule E/F, line __4.34__
☐ Schedule G _____
**Hamid Ahmadi**

3.16   **Solyman Yashouafar**
       **16661 Ventura Blvd. Ste. 600**
       **Encino, CA 91436**

☐ Schedule D, line _____
■ Schedule E/F, line __4.26__
☐ Schedule G _____
**Eli Javid Bendavid**

Debtor 1    **Massoud Aaron Yashouafar**                                Case number *(if known)*    **16-12408**

---

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.17 | **Solyman Yashouafar**<br>16661 Ventura Blvd. Ste. 600<br>Encino, CA 91436 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>**Edmond Lavi** |
| 3.18 | **Solyman Yashouafar**<br>16661 Ventura Blvd. Ste. 600<br>Encino, CA 91436 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>**Hamid Joseph Nourmand** |
| 3.19 | **Solyman Yashouafar**<br>16661 Ventura Blvd. Ste. 600<br>Encino, CA 91436 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>**Iraj Zokai** |
| 3.20 | **Solyman Yashouafar**<br>16661 Ventura Blvd. Ste. 600<br>Encino, CA 91436 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>**Jay J. Fathi** |
| 3.21 | **Solyman Yashouafar**<br>16661 Ventura Blvd. Ste. 600<br>Encino, CA 91436 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>**Mehrdad Taghdiri** |
| 3.22 | **Solyman Yashouafar**<br>16661 Ventura Blvd. Ste. 600<br>Encino, CA 91436 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>**Mer Enterprises** |
| 3.23 | **Solyman Yashouafar**<br>16661 Ventura Blvd. Ste. 600<br>Encino, CA 91436 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>**N&S Investments LLC** |

---

Debtor 1  **Massoud Aaron Yashouafar**                              Case number *(if known)*  **16-12408**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.24  **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line  **4.53**
☐ Schedule G _____
**Neman Brothers and Assocs**

---

3.25  **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line  **4.56**
☐ Schedule G _____
**Parvin Rabbani**

---

3.26  **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line  **4.57**
☐ Schedule G _____
**Philip Pournazarian**

---

3.27  **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line  **4.61**
☐ Schedule G _____
**Reliable Properties**

---

3.28  **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line  **4.64**
☐ Schedule G _____
**Simon Barlava**

---

3.29  **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line  **4.65**
☐ Schedule G _____
**Sina Abselet**

---

3.30  **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line  **4.71**
☐ Schedule G _____
**US Bank**

Debtor 1   **Massoud Aaron Yashouafar**                                     Case number *(if known)*   **16-12408**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.31   **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line __4.72__
☐ Schedule G _____
**World Real Estate Group**

---

3.32   **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line __4.73__
☐ Schedule G _____
**Yahouda Yahoudai**

---

3.33   **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line __4.74__
☐ Schedule G _____
**Yona Samih**

---

3.34   **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line __4.75__
☐ Schedule G _____
**Ziba Sarafian**

---

3.35   **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**Chester Tower, LLC**

---

3.36   **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
**DMF Lighting**

---

3.37   **Solyman Yashouafar**
16661 Ventura Blvd. Ste. 600
Encino, CA 91436

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Babak Cohen / Bita Kohan**

Debtor 1    **Massoud Aaron Yashouafar**                    Case number *(if known)*    **16-12408**

---

**Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.38  **Solyman Yashouafar**<br>**16661 Ventura Blvd. Ste. 600**<br>**Encino, CA 91436** | ■ Schedule D, line ___2.4___<br>□ Schedule E/F, line _____<br>□ Schedule G _____<br>**Howard L. Abselet** |
| 3.39  **Solyman Yashoufar**<br>**16661 Ventura Blvd. Ste. 600**<br>**Encino, CA 91436** | □ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>□ Schedule G _____<br>**Ziba Sarafian** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Massoud Aaron Yashouafar** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **16-12408** |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | | **Admin Assistant** |
| Employer's name | | | **Hudson Labor Solutions, Inc.** |
| Employer's address | | | **16661 Ventura Blvd. Ste. 600**<br>**Encino, CA 91436** |
| How long employed there? | | | **4.5** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 1,516.16 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 1,516.16 |

| Debtor 1 | **Massoud Aaron Yashouafar** | | Case number *(if known)* | **16-12408** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 1,516.16 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 129.68 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| | 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| | 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| | 5h. Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 129.68 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1,386.48 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 1,250.00 |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 31,000.00 |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| | 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| | 8h. Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 32,250.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ 33,636.48 = $ 33,636.48 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J.*** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | 11. | +$ | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies | 12. | $ 33,636.48 | |
| | | | **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1 **Massoud Aaron Yashouafar**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number **16-12408**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
   13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and   ■ Yes. Fill out this information for
   Debtor 2.                              each dependent................

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **17** | ☐ No  ■ Yes |
| **Son** | **20** | ☐ No  ■ Yes |
| **Daughter** | **26** | ☐ No  ■ Yes |
| **Son** | **27** | ☐ No  ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 25,000.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. $ | 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 33.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 300.00 |
| 4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence, such as home equity loans** | 5.  $ | 0.00 |

Debtor 1    **Massoud Aaron Yashouafar**                              Case number (if known)    **16-12408**

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 800.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 1,000.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 670.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 3,500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 6,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 500.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 1,000.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 200.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 3,750.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 750.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 1,206.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 525.00 |
| | 17c. Other. Specify:   **Car** | 17c. $ | 500.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other: Specify:** | 21. +$ | 0.00 |

| | | | | |
|---|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 46,584.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 46,584.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 33,636.48 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 46,584.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -12,947.52 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Car 1 need to make 3 more payments**
**Car 2 Lease will expire Febuary 2017**

**Fill in this information to identify your case:**

| Debtor 1 | **Massoud Aaron Yashouafar** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **16-12408** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____
**Massoud Aaron Yashouafar**                      Signature of Debtor 2
Signature of Debtor 1

Date  **September 30, 2016**                       Date _____

Official Form 106Dec                 Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*):**FINAL SCHEDULES PACKET** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 30, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 30, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Massoud Aaron Yashouafar
16661 Ventura Blvd Suite 600
Encino, CA 91436

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 30, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA NORCO
The Honorable Geraldine Mund
The United States Bankruptcy Court
21041 Burbank Blvd. Ste. 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 30, 2016 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

---

HThis form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Larry G Ball     lball@hallestill.com, gjohnson@hallestill.com
- Carol Chow     carol.chow@ffslaw.com
- Henry S David     hdavid@davidfirm.com, hdavid@davidfirm.com
- Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Fahim Farivar     ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com
- Thomas M Geher     tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Andrew V Jablon     ajablon@rpblaw.com, mlynch@rpblaw.com
- Robert B Kaplan     rbk@jmbm.com
- Matthew Kramer     mkramer@wwhgd.com, krodriguez@wwhgd.com
- Ashley M McDow     amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- Kevin Meek     kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- David L. Neale     dln@lnbyb.com
- Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com
- Keith C Owens     kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com
- Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Ronald N Richards     ron@ronaldrichards.com, nick@ronaldrichards.com
- S Margaux Ross     margaux.ross@usdoj.gov
- Kambiz J Shabani     joseph@shabanipartners.com, kevin@shabanipartners.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Howard J Weg     hweg@robinskaplan.com
- Thomas J Weiss     tweiss@weisslawla.com, kgenova@weisslawla.com;szaman@weisslawla.com;j@weisslawla.com

HThis form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.