**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Solyman Yashouafar |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 16-12255 |
| | (If known) |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* .......................................................... | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .............................................. | $ 72,546.09 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................ | $ 72,546.09 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 12,502,302.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................. | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... | + $ 31,257,861.92 |
| Your total liabilities | $ 43,760,163.92 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ........................................................ | $ 4,159.37 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ........................................................ | $ 20,697.00 |

| Debtor 1 | Solyman Yashouafar | | | Case number *(if known)* 16-12255 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Solyman Yashouafar | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District of California | | |
| Case number (If known) | 1:16-bk-12255-GM | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt      04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Mercedes 550S '08  Line from *Schedule A/B*: 3.1 | $ 23,000.00 | ☑ $ 23,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(2), C.C.P § 703.140(b)(5) |
| Brief description: Cash  Line from *Schedule A/B*: 17 | $ 64.22 | ☑ $ 64.22  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(5) |
| Brief description: Furniture, rugs, misc  Line from *Schedule A/B*: 6 | $ 12,000.00 | ☑ $ 12,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(3), C.C.P § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

| Debtor 1 | Solyman | | Yashouafar | Case number _(if known)_ 1:16-bk-12255-GM |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics (TVs,etc)  Line from *Schedule A/B*: 7 | $ 1,500.00 | ☑ $ 1,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(3) |
| Brief description: Clothes  Line from *Schedule A/B*: 11 | $ 4,000.00 | ☑ $ 4,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(3) |
| Brief description: Jewelry  Line from *Schedule A/B*: 12 | $ 1,000.00 | ☑ $ 1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(4) |
| Brief description: Cal. Bus.Bank Stock  Line from *Schedule A/B*: 18 | $ 3,800.00 | ☑ $ 3,800.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(5) |
| Brief description: Life Insurance  Line from *Schedule A/B*: 31 | $ 14,583.00 | ☑ $ 14,583.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(7), C.C.P § 703.140(b)(8) |
| Brief description: Social Security  Line from *Schedule A/B*: SCHEDULE I, LINE 8e | $ | ☑ $ 1,918.00  e  .  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(10)(A) |
| Brief description: 2014 Cadillac XTS  Line from *Schedule A/B*: 3.2  SEE ALSO SCHEDULE D, LINE 2.3 | $ 22,000.00 | ☑ $ 22,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P § 703.140(b)(2), C.C.P § 703.140(b)(5) |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Solyman Yashouafar |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | 1:16-bk-12255-GM |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1**

Creditor's Name: DMARC-2007 CD5 Garden St
Aires Law Firm
Number  Street
180 Newport Ctr Dr. Ste. 260
City: CA  State: 92666  ZIP Code

**Describe the property that secures the claim:**
Debtor's interest in Figueroa Tower III, LP

Column A: $ 3,077,236.15    Column B: $    Column C: $

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  charging order

Last 4 digits of account number ___ ___ ___ ___

**2.2**

Creditor's Name: Howard L. Abselet
114 Pine Street
Number  Street
Port Jefferson Stn  NY  11776
City  State  ZIP Code

**Describe the property that secures the claim:**
LP interest in ECPLP, 50% stock ECP Building, Inc., 50% stock Alliance PropInvst

Column A: $ 9,400,000.00    Column B: $ 6,235,054.53    Column C: $ 3,164,945

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)  charging order

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 12,477,236.00

Debtor 1    Solyman Yashouafar

First Name    Middle Name    Last Name      Case number *(if known)* 1:16-bk-12255-GM

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.3** Partners Federal Credit Union

**Describe the property that secures the claim:**

$ 25,066.00    $ 22,000.00    $ 3,066.00

Creditor's Name

PO Box 10000

Number   Street

2014 Cadillac XTS

Lake Buena Vista   FL   **32830**

City    State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _4_ _7_ _7_ _0_

---

Creditor's Name

**Describe the property that secures the claim:**

$_____    $_____    $_____

Number   Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

**Describe the property that secures the claim:**

$_____    $_____    $_____

Number   Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 25,066.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ 12,502,302.00

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | Solyman Yashouafar |
| | First Name          Middle Name          Last Name |
| Debtor 2 (Spouse If filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | 1:16-bk-12255-GM |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Partners Federal Credit Union** <br> Name <br> **PO Box 10000** <br> Number          Street <br> **Lake Buena Vista          FL          32830** <br> City          State          ZIP Code | Loan/balance of purchase price secured by 2014 Cadillac XTS |
| 2.2 | **Camelia Kusuma** <br> Name <br> **24150 Victory Blvd** <br> Number          Street <br> **Woodland Hills          CA          91367** <br> City          State          ZIP Code | Residential Lease/rental agreement for 4633 White Oak Place, Encino, CA 91316 |
| 2.3 | Name <br> Number          Street <br> City          State          ZIP Code | |
| 2.4 | **Simon Barlava** <br> Name <br> **524 N. Alpine Dr.** <br> Number          Street <br> **Beverly Hills          CA          90210** <br> City          State          ZIP Code | Alleged settlement agreement reached after mediation. |
| 2.5 | Name <br> Number          Street <br> City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Solyman Yashouafar |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | 1:16-bk-12255-GM |

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes. In which community state or territory did you live? - CA_____. Fill in the name and current address of that person.

      Soheyla Yashouafar
      Name of your spouse, former spouse, or legal equivalent

      4633 White Oak Place
      Number      Street

      Encino                    CA           91316
      City                      State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Massoud Aaron Yashouafar<br>Name<br>16661 Ventura Blvd Suite 600<br>Number      Street<br>Encino          CA          91436<br>City            State        ZIP Code | ☑ Schedule D, line 2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** Massoud Aaron Yashouafar<br>Name<br>16661 Ventura Blvd Suite 600<br>Number      Street<br>Encino          CA          91436<br>City            State        ZIP Code | ☑ Schedule D, line 2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** Massoud Aaron Yashouafar<br>Name<br>16661 Ventura Blvd Suite 600<br>Number      Street<br>Encino          CA          91436<br>City            State        ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.1___<br>☐ Schedule G, line _____ |

Debtor 1    Solyman Yashouafar

First Name          Middle Name          Last Name

Case number *(if known)* 1:16-bk-12255-GM

---

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.4**

Massoud Aaron Yashouafar
*Name*

16661 Ventura Blvd Suite 600
*Number*     *Street*

Encino                    CA          91436
*City*                    *State*      *ZIP Code*

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.3
- ☐ Schedule G, line _____

**3.5**

Massoud Aaron Yashouafar
*Name*

16661 Ventura Blvd Suite 600
*Number*     *Street*

Encino                    CA          91436
*City*                    *State*      *ZIP Code*

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.4
- ☐ Schedule G, line _____

**3.6**

Massoud Aaron Yashouafar
*Name*

16661 Ventura Blvd Suite 600
*Number*     *Street*

Encino                    CA          91436
*City*                    *State*      *ZIP Code*

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.5
- ☐ Schedule G, line _____

**3.7**

Massoud Aaron Yashouafar
*Name*

16661 Ventura Blvd Suite 600
*Number*     *Street*

Encino                    CA          91436
*City*                    *State*      *ZIP Code*

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.10
- ☐ Schedule G, line _____

**3.8**

Massoud Aaron Yashouafar
*Name*

16661 Ventura Blvd Suite 600
*Number*     *Street*

Encino                    CA          91436
*City*                    *State*      *ZIP Code*

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.13
- ☐ Schedule G, line _____

**3.9**

Massoud Aaron Yashouafar
*Name*

16661 Ventura Blvd Suite 600
*Number*     *Street*

Encino                    CA          91436
*City*                    *State*      *ZIP Code*

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.15
- ☐ Schedule G, line _____

**3.10**

Massoud Aaron Yashouafar
*Name*

16661 Ventura Blvd Suite 600
*Number*     *Street*

Encino                    CA          91436
*City*                    *State*      *ZIP Code*

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.16
- ☐ Schedule G, line _____

**3.11**

Massoud Aaron Yashouafar
*Name*

16661 Ventura Blvd Suite 600
*Number*     *Street*

Encino                    CA          91436
*City*                    *State*      *ZIP Code*

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.17
- ☐ Schedule G, line _____

Debtor 1    Solyman Yashouafar
            First Name    Middle Name    Last Name                          Case number (if known) 16-12255

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                              Column 2: **The creditor to whom you owe the debt**

                                                         Check all schedules that apply:

**3.12**
  Massoud Aaron Yashouafar                               ☐ Schedule D, line _____
  Name                                                   ☑ Schedule E/F, line 4.18
  16661 Ventura Blvd Suite 600                           ☐ Schedule G, line _____
  Number      Street

  Encino                    CA         91436
  City                      State      ZIP Code

**3.13**
  Massoud Aaron Yashouafar                               ☐ Schedule D, line _____
  Name                                                   ☑ Schedule E/F, line 4.19
  16661 Ventura Blvd Suite 600                           ☐ Schedule G, line _____
  Number      Street

  Encino                    CA         91436
  City                      State      ZIP Code

**3.14**
  Massoud Aaron Yashouafar                               ☐ Schedule D, line _____
  Name                                                   ☑ Schedule E/F, line 4.21
  16661 Ventura Blvd Suite 600                           ☐ Schedule G, line _____
  Number      Street

  Encino                    CA         91436
  City                      State      ZIP Code

**3.15**
  Massoud Aaron Yashouafar                               ☐ Schedule D, line _____
  Name                                                   ☑ Schedule E/F, line 4.22
  16661 Ventura Blvd Suite 600                           ☐ Schedule G, line _____
  Number      Street

  Encino                    CA         91436
  City                      State      ZIP Code

**3.16**
  Massoud Aaron Yashouafar                               ☐ Schedule D, line _____
  Name                                                   ☑ Schedule E/F, line 4.26
  16661 Ventura Blvd Suite 600                           ☐ Schedule G, line _____
  Number      Street

  Encino                    CA         91436
  City                      State      ZIP Code

**3.17**
  Massoud Aaron Yashouafar                               ☐ Schedule D, line _____
  Name                                                   ☑ Schedule E/F, line 4.27
  16661 Ventura Blvd Suite 600                           ☐ Schedule G, line _____
  Number      Street

  Encino                    CA         91436
  City                      State      ZIP Code

**3.18**
  Massoud Aaron Yashouafar                               ☐ Schedule D, line _____
  Name                                                   ☑ Schedule E/F, line 4.36
  16661 Ventura Blvd Suite 600                           ☐ Schedule G, line _____
  Number      Street

  Encino                    CA         91436
  City                      State      ZIP Code

**3.19**
  Massoud Aaron Yashouafar                               ☐ Schedule D, line _____
  Name                                                   ☑ Schedule E/F, line 4.37
  16661 Ventura Blvd Suite 600                           ☐ Schedule G, line _____
  Number      Street

  Encino                    CA         91436
  City                      State      ZIP Code

Debtor 1  Solyman Yashouafar
      First Name   Middle Name   Last Name

Case number *(if known)* 16-12255

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.20**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number      Street

Encino       CA       91436
City        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.39
☐ Schedule G, line _____

**3.21**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number      Street

Encino       CA       91436
City        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.41
☐ Schedule G, line _____

**3.22**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number      Street

Encino       CA       91436
City        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.42
☐ Schedule G, line _____

**3.23**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number      Street

Encino       CA       91436
City        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.43
☐ Schedule G, line _____

**3.24**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number      Street

Encino       CA       91436
City        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.46
☐ Schedule G, line _____

**3.25**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number      Street

Encino       CA       91436
City        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.49
☐ Schedule G, line _____

**3.26**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number      Street

Encino       CA       91436
City        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.50
☐ Schedule G, line _____

**3.27**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number      Street

Encino       CA       91436
City        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.56
☐ Schedule G, line _____

Debtor 1    Solyman Yashouafar
  First Name    Middle Name    Last Name

Case number *(if known)* 16-12255

---

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.28**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number    Street

Encino    CA    91436
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.56
☐ Schedule G, line _____

**3.29**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number    Street

Encino    CA    91436
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.58
☐ Schedule G, line _____

**3.30**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number    Street

Encino    CA    91436
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.60
☐ Schedule G, line _____

**3.31**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number    Street

Encino    CA    91436
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.61
☐ Schedule G, line _____

**3.32**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number    Street

Encino    CA    91436
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.62
☐ Schedule G, line _____

**3.33**

Massoud Aaron Yashouafar
Name

16661 Ventura Blvd Suite 600
Number    Street

Encino    CA    91436
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.24
☐ Schedule G, line _____

**3.__**

Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**

Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1    Solyman                                    Yashouafar
            First Name          Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of California

Case number    1:16-bk-12255-GM
(If known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Solyman Yashouafar_____          ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date 10/07/2016_____                   Date _____
    MM / DD / YYYY                                  MM / DD / YYYY

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   See attached list

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at  Los Angeles          , California          /s/ Solyman Yashouafar
                                                        Signature of Debtor

Date:  10/07/2016
                                                        Signature of Joint Debtor

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*In re Solymon Yashouafar*
United States Bankruptcy Court for the Central District of California
Bk. Case No. 1:16-12255-GM

### Statement of Related Cases Question #1

1. The Roosevelt Lofts, LLC, Case No. 1:09-bk-14214-GM
2. Encino Corporate Plaza, LP, Case No 1:11-bk-14917-GM
3. Figueroa Tower III, LP, Case No. 1:11-bk-18762-GM, et al.
4. Milbank 505 Sam Houston, LLC, Case No. 2:11-BK-47740-SK, et. al (USBC S.D. Tex.)
5. Milbank 525 Sam Houston, LLC, Case No. 2:11-BK-47747-SK, et. al (USBC S. D. Tex.)
6. Milbank 521 Sam Houston, LLC, Case No. 2:12-BK-25297-BB, et. at (USBC S. D. Tex.)
7. Chester Equities, LLC< Case No. 1:12-bk-13071-AA
8. First National Building I, LLC, Case No. 10-16334-NLJ (USBC W.D. Okla.)

**Fill in this information to identify your case:**

Debtor 1    Solyman Yashouafar
_____
First Name          Middle Name                Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name                Last Name
_____

United States Bankruptcy Court for the:  Central District of California

Case number    1:16-bk-12255-GM
(If known)     _____

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.  What is your current marital status?**

☑ Married
☐ Not married

**2.  During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To    _____ | _____ Number    Street | From _____ To    _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To    _____ | _____ Number    Street | From _____ To    _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |

**3.  Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

Debtor 1   Solyman Yashouafar

_____
First Name   Middle Name   Last Name

Case number (if known) 1:16-bk-12255-GM

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2015)<br>　　　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014)<br>　　　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | see attached list<br>_____<br>_____ | $　　　　0.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2015)<br>　　　　　　　　　　　　YYYY | see attached list<br>_____<br>_____ | $　　　　0.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014)<br>　　　　　　　　　　　　YYYY | see attached list<br>_____<br>_____ | $　　　　0.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

| Debtor 1 | Solyman Yashouafar | | | Case number *(if known)* 1:16-bk-12255-GM |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white">Part 3:</td><td>**List Certain Payments You Made Before You Filed for Bankruptcy**</td></tr>
</table>

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br>_____<br>Number    Street<br>_____<br>City        State    ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number    Street<br>_____<br>City        State    ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number    Street<br>_____<br>City        State    ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    Solyman Yashouafar
       First Name     Middle Name     Last Name

Case number (if known) 1:16-bk-12255-GM

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ 0.00 | $ 0.00 | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ 0.00 | $ 0.00 | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

Debtor 1   Solyman Yashouafar
            First Name    Middle Name    Last Name

Case number (if known) 1:16-bk-12255-GM

---

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

   | | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Case title **See Attached List** _____ | | Court Name _____ | ☐ Pending |
   | _____ | | | ☐ On appeal |
   | Case number _____ | | Number   Street _____ | ☐ Concluded |
   | | | City          State   ZIP Code | |
   | Case title_____ | | Court Name _____ | ☐ Pending |
   | _____ | | | ☐ On appeal |
   | Case number _____ | | Number   Street _____ | ☐ Concluded |
   | | | City          State   ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No.  Go to line 11.
    ☑ Yes. Fill in the information below.

    | | Describe the property | Date | Value of the property |
    |---|---|---|---|
    | Howard L. Abselet<br>Creditor's Name<br><br>114 Pine St.<br>Number   Street | 50% limited partnership interest in Encino Corporate Plaza, LP | 12/30/2016 | $ 5,750,000.00 |
    | | **Explain what happened** | | |
    | _____<br>Port Jefferson Sta NY 11776<br>City          State   ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized, or levied. | | |
    | | Describe the property | Date | Value of the property |
    | Howard L. Abselet<br>Creditor's Name<br><br>114 Pine St.<br>Number   Street | Stipulations/pledge agreements w/respect to Debtor's stock of ECP Building, Inc., Roosevelt Lofts,Inc. & Alliance Property Investments, Inc., Case No. 2:15-cv-8570 | 06/01/2016 | $ _____ |
    | | **Explain what happened** | | |
    | _____<br>Port Jefferson Sta NY 11776<br>City          State   ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

---

Debtor 1    Solyman Yashouafar
     First Name     Middle Name     Last Name

Case number *(if known)* 1:16-bk-12255-GM

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number     Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City          State     ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No

☑ Yes    Rece  e a      ed     ab    12/30/15    Ca e N  . 2;11-c  -00815-JFW

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

---

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number     Street | | | |
| _____<br>City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number     Street | | | |
| _____<br>City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

---

Debtor 1     Solyman Yashouafar
             First Name     Middle Name     Last Name                              Case number *(if known)* 1:16-bk-12255-GM

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br><br>_____<br>Number     Street<br><br>_____<br>City     State     ZIP Code | | _____ <br><br>_____ | $_____ <br><br>$_____ |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| William H. Brownstein, Esq.<br>Person Who Was Paid<br><br>c/o Mark Goodfriend<br>Number     Street<br><br>16055 Ventura Blvd, Ste 800<br><br>Encino     CA     91436<br>City     State     ZIP Code<br><br>markgoodfriend@yahoo.com<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | 08/31/2016<br><br>_____ | $    3,000.00 <br><br>$_____ |

Debtor 1    Solyman Yashouafar
       First Name      Middle Name      Last Name

Case number *(if known)* 1:16-bk-12255-GM

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Mark Goodfriend** <br> Person Who Was Paid <br><br> **16055 Ventura Blvd** <br> Number   Street <br><br> **Suite 800** <br><br> **Encino**   **CA**   **91436** <br> City      State   ZIP Code <br><br> *markgoodfriend@yahoo.com* <br> Email or website address <br><br> Person Who Made the Payment, if Not You | | 09/09/2016 <br><br> _____ | $ _____2,500.00 <br><br> $_____ |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid <br><br> Number   Street <br><br> City      State   ZIP Code | | _____ <br><br> _____ | $_____ <br><br> $_____ |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **See Attached List** <br> Person Who Received Transfer <br><br> Number   Street <br><br> City      State   ZIP Code <br><br> Person's relationship to you _____ | | | _____ |
| Person Who Received Transfer <br><br> Number   Street <br><br> City      State   ZIP Code <br><br> Person's relationship to you _____ | | | _____ |

| Debtor 1 | Solyman Yashouafar | | | Case number *(if known)* | 1:16-bk-12255-GM |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:**  **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number    Street<br>_____<br>_____<br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| _____<br>Name of Financial Institution<br><br>_____<br>Number    Street<br>_____<br>_____<br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number    Street<br>_____<br>City          State    ZIP Code | _____<br>Name<br><br>_____<br>Number    Street<br>_____<br>City          State    ZIP Code | | ☐ No<br>☐ Yes |

| Debtor 1 | Solyman | Yashouafar | | Case number (if known) | 1:16-bk-12255-GM |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Encino Corporate Plaza<br>Name of Storage Facility<br><br>16661 Ventura Blvd<br>Number    Street<br><br>Suite 206<br><br>Encino          CA    91436<br>City                State    ZIP Code | Receiver changed locks<br>Name<br><br>Debtor has no access<br>Number    Street<br><br>91436<br>City State  ZIP Code | Business records of many years including Debtor's personal financial records. Third party legal files also were retained in suite. | ☐ No<br>☑ Yes |

## Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Solyman Yashouafar<br>Owner's Name<br><br>Number    Street<br><br>City          State    ZIP Code | Number    Street<br><br>City          State    ZIP Code | Debtor is a trustee of an irrevocable insurance trust for Massoud Yashouafar, Massoud Yashouafar is also trustee of an irrevocable trust for the Debtor | $_____0.00 |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br><br>Number    Street<br><br>City          State    ZIP Code | Governmental unit<br><br>Number    Street<br><br>City          State    ZIP Code | | |

| Debtor 1 | Solyman Yashouafar | | | Case number *(if known)* | 1:16-bk-12255-GM |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**25.** Have you notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number    Street | Number    Street | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number    Street | | ☐ On appeal |
| Case number | City            State    ZIP Code | | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| See Attached List | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| City            State    ZIP Code | | From  _____  To _____ |
| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Number    Street | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name of accountant or bookkeeper | Dates business existed |
| City            State    ZIP Code | | From  _____  To _____ |

Debtor 1   Solyman Yashouafar                                          Case number *(if known)* 1:16-bk-12255-GM
           First Name   Middle Name        Last Name

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **Business Name** | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number    Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | **From** _____ **To** _____ |
| **City**          **State    ZIP Code** | | |

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ **No**
☐ **Yes.** Fill in the details below.

| | Date issued |
|---|---|
| **Name** | MM / DD / YYYY |
| **Number    Street** | |
| **City**          **State    ZIP Code** | |

---

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Solyman Yashouafar                           ✖ _____
**Signature of Debtor 1**                              **Signature of Debtor 2**

Date 10/07/2016                                    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

*In re Solymon Yashouafar*
United States Bankruptcy Court for the Central District of California
Bk. Case No. 1:16-12255-GM
**Form 107 Attachment No. 5**

|  | 2015 | | 2016 |
| --- | --- | --- | --- |
|  | Income on K-1 | Payment Rec'd | Payment Rec'd |
| Sky Las Vegas Condominums Inc | (927,645.00) | - | |
| Morgan Equities Inc. | 455.00 | - | |
| Mibank Holding Corp | - | - | |
| The Roosevelt Loft, Inc (Draft) | (18,803.00) | - | |
| Encino Corporate Plaza, LP (Draft) | 256,515.00 | 162,386.00 | - |
| The Yashouafar GP | (3,703.00) | - | |
| S&M Yashouafar | 14.00 | - | |
| S&R Equities, LP (99% LP) | (528,578.00) | - | |
| S&R Equites, LP (1% GP) | (5,339.00) | - | |
| Teak Holdings, LP (99% LP) | (14,046.00) | - | |
| Teak Holdings, LP (1% GP) | (143.00) | - | |
| Sale of MBZ | | 6,400.00 | |

*In re Solymon Yashouafar*
United States Bankruptcy Court for the Central District of California
Bk. Case No. 1:16-12255-GM

## Form 107 Attachment No. 9

| Case Title Case Number | Nature of Case | Court or Agency | Status of Case |
|---|---|---|---|
| Howard L. Abeselet v. Solyman Yahouafar, et al. 2:15-CV-7625 | Civil | U.S. District Court for Central District 312 N. Spring St. Dept. 16 Los Angeles, CA 90012 | Pending |
| Howard L. Abeselet v. Massoud Aaron Yashouafar 2:15-CV-8570 | Civil | U.S. District Court for Central District 312 N. Spring St. Dept. 16 Los Angeles, CA 90012 | Pending |
| Howard L. Abeselet v. Massoud Aaron Yashouafar 2:15-CV-815 | Civil | U.S. District Court for Central District 312 N. Spring St. Dept. 16 Los Angeles, CA 90012 | On Appeal |
| Carla Ridge, et al. (Barlava) V. Milbank Holdings, et al. BC522628 | Civil | LASC 111 N. Hill St. Los Angeles, CA 90012 | Pending |
| Simon Barlava, et al. v. Roosevelt Lofts, Inc. et al. BC527525 | Civil | LASC 111 N. Hill St. Los Angeles, CA 90012 | Pending |
| Yahouda Yahoudai v. Massoud Aaron Yashouafar, et al. BC552197 | Civil | LASC 111 N. Hill St. Los Angeles, CA 90012 | Pending |
| Edmond Lavi v. Massoud Aaron Yashouafar, et al. BC593816 | Civil | LASC 111 N. Hill St. Los Angeles, CA 90012 | Pending |

| | | | |
|---|---|---|---|
| Robert Heller<br>v.<br>Simon Barlava, et al.<br>BC565921 | Civil | LASC<br>111 N. Hill St.<br>Los Angeles, CA 90012 | Pending |
| The Nimkoff Firm<br>v.<br>Milbank Holdings, et al.<br>652228/2016 | Civil | Supreme Court<br>New York, NY | Pending |
| Elizabeth Sax<br>v.<br>Massoud Aaron<br>Yashouafar, et al.<br>SC115844 | Civil | LASC<br>111 N. Hill St.<br>Los Angeles, CA 90012 | Pending |
| DRMAC 2007-CD5 Garden ST<br>v.<br>Massoud Aaron<br>Yashouafar, et al.<br>BS145064 | Civil | LASC<br>111 N. Hill St.<br>Los Angeles, CA 90012 | Pending |
| Hess Corp<br>v.<br>Milbank Holdings, et al.<br>BS129417 | Civil | LASC<br>111 N. Hill St.<br>Los Angeles, CA 90012 | Pending |
| Van Nuys Plywood<br>v.<br>Solyman Yashouafar, et al.<br>SC124937 | Civil | Santa Monica Superior Court<br>1725 Main St.<br>Room 102<br>Santa Monica, CA 90401 | Pending |

*In re Solymon Yashouafar*
United States Bankruptcy Court for the Central District of California
Bk. Case No. 1:16-12255-GM

**Form 107 Attachment No. 18**

| Person who received transfer and relationship | Description and value of property transferred (in the case of cash payments all transfers by entities in which Debtor has an interest and not by Debtor directly) | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Philip Pournazarian (business associate; not a relative) | $125,000 | Partial loan repayment | 11/25/2015 |
| Mehrdad Taghdiri (business associate; not a relative) | $137,000 | Partial loan repayment | 06/26/2015 |
| Sharhrzad Darvish (business associate; not a relative) | $150,000 | Partial loan repayment | 6/26/2015 |
| Sharhrzad Darvish (business associate; not a relative) | $120,821.92 | Loan repayment | 11/25/2015 |
| Aspen Holdings, LLC | $350,000 | Loan repayment | 04/09/2015 |

| | | | |
|---|---|---|---|
| Nasser Shoham (business associate; not a relative) | $276,570.29 | Loan repayment | 04/09/2015 |
| Nourollah Simon (business associate; not a relative) | 75% of proceeds of litigation against US Bank received by Figueroa Tower III, LP, an entity indirectly controlled by the Debtor | Partial loan repayment in the amount of $1,160,000 (principal and interest) | 12/24/2015 |
| Philip Pournazarian (business associate; not a relative) | $275,000 | Partial loan repayment | 12/18/2015 |
| Homayoun Siman (business associate; not a relative) | $150,000 | Loan repayment | 01/01/2015 |
| | MBZ | $6,400 | XX/X/2015 |
| | | | |
| | | | |
| | | | |

2

*In re Solymon/Yashouafar*
United States Bankruptcy Court for the Central District of California
Bk. Case No. 1:16-12255-GM

## Form 107 Attachment No. 27

| Entity | Address | City | St | Zip Code | FIDN | Descriptions | Dates of Business Existed to | Accountant | Acct. Address | Acct. City | Acct. St | Acct. Zip / Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Encino Corporate Plaza, LP | 16661 Ventura Blvd | Encino | CA | 91436 | 48-1302786 | Title holder of a property located at 16661 Ventura Boulevard, Encino, California | Present | Whiterock Realty Solutions, Inc | | | | |
| ECP Building, Inc. | 16661 Ventura Blvd | Encino | CA | 91436 | 48-1302778 | The General Partner of Encino Corporate Plaza, LP | 2014 | | | | | |
| The Roosevelt Loft, Inc. | 16661 Ventura Blvd | Encino | CA | 91436 | 20-2990580 | Single Member of The Roosevelt Loft, LLC | Present | Whiterock Realty Solutions, Inc | | | | |
| The Roosevelt Loft, LLC | 16661 Ventura Blvd | Encino | CA | 91436 | 20-4068548 | Used to be title holder of a property located at 727 West 7th street, Los Angeles, California | 2011 | Whiterock Realty Solutions, Inc | | | | |
| Teak Holdings LP | 16661 Ventura Blvd | Encino | CA | 91436 | 95-4751100 | Holding company in various assets | Present | Whiterock Realty Solutions, Inc | | | | |
| SY, LLC | 16661 Ventura Blvd | Encino | CA | 91436 | 95-4794304 | The Manager of S&R Equities, LP and Teak Holdings LP | Present | Whiterock Realty Solutions, Inc | | | | |
| Figueroa Tower I, LP | 16661 Ventura Blvd | Encino | CA | 91436 | 45-0901462 | Tenant in common of a 25% interest in a property located at 660 S. Figueroa Street, Los Angeles, California. Property was foreclosed in 2013 | Present | Milbank Realty Solutions Inc | | | | |
| FT-I GP | 16661 Ventura Blvd | Encino | CA | 91436 | 47-4579057 | General Partner of Figueroa Tower I, LP | Present | Milbank Realty Solutions Inc | | | | |
| S&M Yashouai Investment GP | 16661 Ventura Blvd | Encino | CA | 91436 | 95-4593309 | Investment Company | Present | Whiterock Realty Solutions, Inc | | | | |
| The Yashouafar (SBA Supreme Property Investments) | 16661 Ventura Blvd | Encino | CA | 91436 | 95-3220336 | Title holder to a piece of vacant land in Lancaster, California | Present | Whiterock Realty Solutions, Inc | | | | |
| Sky Las Vegas Condominium Inc. | 582 NW Van Buren Ave | Corvallis | OR | 97330 | 20-1724666 | Developer and previous title holder of various condominium and commercial units at 2700 Las Vegas Boulevard, Las Vegas, Nevada | Present | in common Leslie Witt | 582 NW Van Buren Ave | Corvallis | OR | 97330 541/758-7100 |
| Nevada Investments Partners | 582 NW Van Buren Ave | Corvallis | OR | 97330 | 20-0906183 | Title holder of two floors of commercial space at 2700 Las Vegas Boulevard, Las Vegas, Nevada | Present | Leslie Witt | 582 NW Van Buren Ave | Corvallis | OR | 97330 541/758-7100 |
| Milbank Capital L,LLC | 16661 Ventura Blvd | Encino | CA | 91436 | 20-0906160 | General Partner of Nevada Investment Partners | Present | Whiterock Realty Solutions, Inc | | | | |
| Alliances Property Investments, Inc | 16661 Ventura Blvd | Encino | CA | 91436 | 95-4438869 | Member of First National Building I, LLC | 2013 | Milbank Realty Solutions Inc | | | | |
| First National Building I, LLC | 120 N Robinson Ave, Sui | Oklahoma City | OK | 73012 | 26-0195116 | Previous Tenant in common of (initially 50% and then 100%) of property located at 120 Robinson Avenue, Oklahoma City, Oklahoma . Property was sold in 2012, presently subject to litigation as to its ownership. | Present | Milbank Realty Solutions, Inc | | | | |
| First National Building II, LLC | 120 N Robinson Ave, Sui | Oklahoma City | OK | 73012 | 26-0195192 | Previous Tenant in common of (initially 50% which its interest was subsequently acquired by First National Building I, LLC) of property located at 120 Robinson Avenue, Oklahoma City, Oklahoma. Property was sold in 2012, presently subject to litigation as to its ownership. | Present | Milbank Realty Solutions, Inc | | | | |
| FNC-M I, LLC | 120 N Robinson Ave, Sui | Oklahoma City | OK | 73012 | NA | Manager of First National Building I, LLC | Present | Milbank Realty Solutions, Inc | | | | |
| Montgomery Holding, LP | 16661 Ventura Blvd | Encino | CA | 91436 | 04-3644076 | Previously, the title holder of a property located at 1717-1721 Golden State Ave, Bakersfield, California. In 2014, the title was transferred to Tenants in common | 2014 | Whiterock Realty Solutions, Inc | | | | |
| Morgan Equities, Inc. | 16661 Ventura Blvd | Encino | CA | 91436 | 04-3643707 | Tenant in common of 2% interest in the property located at 1717-1721 Golden State Ave, Bakersfield, California. | Present | Whiterock Realty Solutions, Inc | | | | |
| S&R Equities, LP | 16661 Ventura Blvd | Encino | CA | 91436 | 68-0551289 | Holding company in various entities | Present | Whiterock Realty Solutions, Inc | | | | |
| Mogen Holdings Co., LLC | 16661 Ventura Blvd | Encino | CA | 91436 | 65-1204082 | Title holder of a vacant land located at 4820 Alpine Court Pl, Las Vegas, Nevada | Present | Whiterock Realty Solutions, Inc | | | | |
| Aspen Funds I, GP | 16661 Ventura Blvd | Encino | CA | 91436 | 95-4785880 | Investment company | Present | Whiterock Realty Solutions, Inc | | | | |
| Milbank Holding Corp. | 16661 Ventura Blvd | Encino | CA | 91436 | 02-0623536 | Previous syndication and management company for real estate. Presently inactive | Present | Milbank Holding Corp. | | | | |
| Urbam Builders Inc. | 16661 Ventura Blvd | Encino | CA | 91436 | 20-3974523 | General construction company | 2014 | Urban Builders, Inc. | | | | |
| Alliance Lending Group, Inc. | 16661 Ventura Blvd | Encino | CA | 91436 | 01-0568429 | Holding company . Inactive since 2013. | Present | Milbank Holding Corp. | | | | |
| Chester Equities, LLC | 16661 Ventura Blvd | Encino | CA | 91436 | 95-4527874 | Previously title holder of a property located at 1730 Chester Avenue, Bakersfield, California. The company was dissolved via a confirmed Chapter 11 Plan of Reorganization. | 2014 | Milbank Holding Corp. | | | | |
| H505 Sam Houston I, LLC through H505 Sam Houston VI, LLC | 16661 Ventura Blvd | Encino | CA | 91436 | 45-3159865 | Previously title holder of a property located at 505 Sam Houston Drive, Houston, Texas. The property was foreclosed in 2013 | 2013 | Milbank Holding Corp. | | | | |

*In re Solyman/Yashouafar*
United States Bankruptcy Court for the Central District of California
Bk. Case No. 1:16-12255-GM

**Form 107 Attachment No. 27**

| Entity | Address | City | State | Case/ID | Description | Year | Holder |
|---|---|---|---|---|---|---|---|
| 505 SH Management, LLC | 16661 Ventura Blvd | Encino | CA | 91436 N/A | Management company. Sam Houston Drive, Houston, Texas. | | Milbank Holding Corp. |
| H521 Sam Houston I, LLC through H521 Sam Houston VI, LLC | 16661 Ventura Blvd | Encino | CA | 91436 45-5169583 | Previously title holder of a property located at 521 Sam Houston Drive, Houston, Texas. The property was foreclosed in 2013 | 2012 | Milbank Holding Corp. |
| 521 SH Management, LLC | 16661 Ventura Blvd | Encino | CA | 91436 N/A | Management company for the property located at 521 Sam Houston Drive, Houston, Texas. | 2012 | Milbank Holding Corp. |
| H525 Sam Houston I, LLC through H525 Sam Houston VI, LLC | 16661 Ventura Blvd | Encino | CA | 91436 45-3160206 | Previously title holder of a property located at 525 Woodycrest Ave., Houston, Texas. The property was foreclosed in 2013 | 2013 | Milbank Holding Corp. |
| 525 SH Management, LLC | 16661 Ventura Blvd | Encino | CA | 91436 N/A | Management company for the property located at 525 Sam Houston Drive, Houston, Texas. | 2013 | Milbank Holding Corp. |
| MILCAP I, LLC | 16661 Ventura Blvd | Encino | CA | 91436 20-8634109 | Member of various limited liability companies owning properties in Bronx, New York. All properties were foreclosed in 2012. | 2012 | Milbank Holding Corp. |
| Milbank 1555 Taylor, LLC | 16661 Ventura Blvd | Encino | CA | 91436 26-0749433 | Title holder of a property located at 1535 Taylor Ave., Bronx, NY. Property was foreclosed in 2012 | 2012 | Milbank Holding Corp. |
| Milbank 509 W 212 II, LLC | 16661 Ventura Blvd | Encino | CA | 91436 26-0484134 | Tenant in common of a 50% interest in a property located at 509 W 212th Street, Bronx, NY. Property was foreclosed in 2013 | 2013 | Milbank Holding Corp. |
| Milbank 1026 Woodycrest, LLC | 16661 Ventura Blvd | Encino | CA | 91436 26-0749472 | Title holder of a property located at 11026 Woodycrest Ave., Bronx, NY. Property was foreclosed in 2012 | 2012 | Milbank Holding Corp. |
| Milbank 828 Courtland, LLC | 16661 Ventura Blvd | Encino | CA | 91436 26-0749392 | Title holder of a property located at 828 Courtland Street, Bronx, NY. Property was foreclosed in 2012 | 2012 | Milbank Holding Corp. |
| Milbank 2723 Webb, LLC | 16661 Ventura Blvd | Encino | CA | 91436 20-8583781 | Title holder of a property located at 2723 Webb Ave., Bronx, NY. Property was foreclosed in 2012 | 2012 | Milbank Holding Corp. |
| Milbank 2421 Webster, LLC | 16661 Ventura Blvd | Encino | CA | 91436 20-8634109 | Title holder of a property located at 2421 Webster Street, Bronx, NY. Property was foreclosed in 2012 | 2012 | Milbank Holding Corp. |
| Milbank 770 Garden, LLC | 16661 Ventura Blvd | Encino | CA | 91436 26-0484257 | Title holder of a property located at 770 Garden Street, Bronx, NY. Property was foreclosed in 2012 | 2012 | Milbank Holding Corp. |
| Condor Realty Holding, LLC | 16661 Ventura Blvd | Encino | CA | 91436 26-0484425 | Member of Milcap, LLC | 2012 | Milbank Holding Corp. |
| Milbank Ventures, Inc. | 16661 Ventura Blvd | Encino | CA | 91436 20-2411520 | The Manager of various entities owning Bronx properties | 2012 | Milbank Holding Corp. |
| Assurance Holdings, LLC | 16661 Ventura Blvd | Encino | CA | 91436 45-3821846 | Owned by S&R Equities, it held interest in a property located at 2570 Tropicana, Vegas, NV. The interest in the LLC was sold in 2014 | 2014 | Whiterock Realty Solutions, Inc |
| LV Paradise I LLC | 16661 Ventura Blvd | Encino | CA | 91436 46-0699315 | Previous title holder of a number of condominium units at Paradise Spa in Vegas NV. All units were foreclosed in 2015 | 2015 | Whiterock Realty Solutions, Inc |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Mark Goodfriend (SBN 97188)  Tel.: (818) 783-8866<br>LAW OFFICES OF MARK E. GOODFRIEND<br>16055 Ventura Boulevard, Suite 800<br>Encino, CA 91436<br>Email: markgoodfriend@yahoo.com   Fax: (818) 783-5445<br>_Attorney for: Debtor SOLYMAN YASHOUAFAR_ | CASE NO.: 1:16-bk-12255-GM<br><br>CHAPTER: 11<br><br>ADVERSARY NO.:<br>_(if applicable)_ |
| In re:<br><br>YASHOUAFAR, SOLYMAN<br><br><br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

[X] Petition, statement of affairs, schedules or lists       Date filed: 10/7/16
[ ] Amendments to the petition statements of affairs, schedules or lists    Date filed: _____
[ ] Other *(specify)*: _____       Date filed: _____

**PART I – DECLARATION OF DEBTOR(S) OR OTHER PARTY**

    I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers (Official Form 121)* and provided the executed original to my attorney.

Date: 10/7/16

                Signature (handwritten) of Debtor or signing party
                Solyman Yashouafar
                Printed name of signing party

Date: _____

                Signature (handwritten) of Debtor 2 (Joint Debtor)(if applicable)

                Printed name of Debtor 2, if applicable

**PART II – DECLARATION OF ATTORNEY FOR SIGNING PARTY**

    I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes signature on such signature lines: (2) the Signing Party signed *Part 1 - Declaration of Debtor(s) or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) available for review upon request of the court.

Date: 10/7/16

                Signature (handwritten) of attorney for Signing Party
                Mark Goodfriend
                Printed Name of attorney for Signing Party

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.