**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Mark M. Sharf**<br>**Merritt, Hagen & Sharf, LLP**<br>**5950 Canoga Ave., Suite 400**<br>**Woodland Hills, CA 91367**<br>**(818) 992-1940 Fax: (818) 992-3309**<br>**140390**<br><br>*Attorney for:* | CASE NO.: **16-12408** *16-bk-12255* (handwritten)<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>*(if applicable)* |
|---|---|
| In re:<br><br>**Massoud Aaron Yashouafar**<br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

☐ Petition, statement of affairs, schedules or lists — Date Filed: _____
☑ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Other *(specify):* _____ — Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers* (Official Form 121) and provided the executed original to my attorney.

8/11/2017
Date: _____

Signature (handwritten) of Debtor or signing party
**Massoud Aaron Yashouafar**
Printed name of Signing Party

Date: _____

Signature (handwritten) of Debtor 2 (Joint Debtor) (if applicable)

Printed name of Debtor 2, if applicable

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part 1 - Declaration of Debtor(s) or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement About Your *Social Security Numbers* (Official Form 121) available for review upon request of the court.

8/11/2017
Date: _____

Signature (handwritten) of attorney for Signing Party
**Mark M. Sharf 140390**
Printed Name of attorney for Signing Party

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark M. Sharf<br>5950 Canoga Ave., Suite 400<br>Woodland Hills, CA 91367<br>(818) 992-1940 Fax: (818) 992-3309<br>140390 | |
| ☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Massoud Aaron Yashouafar<br><br>Debtor(s) | CASE NO.: 16-12408 +16-12255<br>CHAPTER: 11<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

## ITEM 31 OF SCHEDULE B IS HEREBY AMENDED TO ADD THE LISTED ASSET, AND SCHEDULE C IS AMENDED TO EXEMPT SAID ASSET. NO OTHER CHANGES TO THE PREVIOUSLY FILED SCHEDULES ARE HEREBY MADE

☑ Schedule A/B    ☑ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 8/11/17

Massoud Aaron Yashouafar
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 1007-1.1.AMENDED.SUMMARY

Debtor 1   **Massoud Aaron Yashouafar**                             Case number *(if known)*   **16-12408**

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Any any all ownership interest (legal or beneficial) if any in any direct or indirect interest in a) that certain John Hancock Life Insurance policy number xx xx4 331 upon the lives of Massoud and Parinaz Yashouafar, b) the Massoud Yashoaufar Family Trust Dated April 1, 1991 c) the Solyman Yashouafar Family Trust Dated April 1, 1991, and d) that certain John Hancock Life Insurance policy number xx xx4 299 upon the lives of Solyman and Soheila Yashouafar. | It is believed that the referenced Trusts are the beneficiaries of said policies | Unknown |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Massoud Aaron Yashouafar | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 16-12408 | | |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                              4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Any any all ownership interest (legal or beneficial) if any in any direct or indirect interest in a) that certain John Hancock Life Insurance policy number xx xx4 331 upon the lives of Massoud and Parinaz Yashouafar, b) the Massoud Yashoaufar Family Trust<br>Line from *Schedule A/B*: **31.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(7) |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**5950 Canoga Ave., Suite 400, Woodland Hills, CA 91367**

A true and correct copy of the foregoing document entitled (*specify*): **ELECTRONIC FILING DECLARATION: SUMMARY OF AMENDED ACHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS: AMENDED SCHEDULE B: AMENDED SCHEDULE C** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/15/17**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bret D. Allen    bankruptcy@bretallen.com, ca.ecf@bretallen.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Steven R Fox    emails@foxlaw.com
- Mark E Goodfriend    markgoodfriend@yahoo.com
- Eric P Israel    eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Thomas P Jeremiassen (TR)    tjeremiassen@thinkbrg.com, ntroszak@thinkbrg.com;rdizon@thinkbrg.com
- Andrew F Kim    akim@afklaw.com, 6229175420@filings.docketbird.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- Jessica Mickelsen Simon    jmickelsensimon@gmail.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Mark M Sharf    mark@forbankruptcy.com, msharf00@gmail.com
- Nico N Tabibi    nico@tabibilaw.com
- Maurice Wainer    mrwainer@aol.com, daniel@swmfirm.com;mrwainer@swmfirm.com
- Aaron E de Leest    aed@dgdk.com, DanningGill@gmail.com;adeleest@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **8/15/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/15/2017 | Sandra Silva | /s/ Sandra Silva |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave.
37th Floor
Los Angeles, CA 90071-3147

Encino - 16661 Ventura Blvd Trust, a Delawar
c/o Keith C. Owens
Venable LLP
2049 Century Park East #2300
Los Angeles, CA 90067-3125

Fieldbrook, Inc.
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave.
37th Floor
Los Angeles, CA 90071-3147

N&S Investment, LLC
18345 Ventura Blvd., Ste 500
Tarzana, CA 91356-4245

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

AXA Equitable
Box 371459
Pittsburgh, PA 15250-7459

Alliance Property Investments, Inc.
c/o Henry S. David
The David Firm(R)
617 West 7th Street, Suite 702
Los Angeles, CA 90017-3853

Andrews Davis, P.C
100 N Broadway, Ste. 3300
Oklahoma City, OK 73102-8831

Anthem Blue Cross
PO Box 54580
Los Angeles, CA 90054-0580

Ashley M. McDow
Baker & Hostetler LLP
11601 Wilshire Blvd. Ste. 1400
Los Angeles, CA 90025-1750

BB&T
c/o Peter J. Nugent
2711 North Haskell Ave. Ste. 1300
Lockbox 19
Dallas, TX 75204-2911

Babak Cohen / Bita Kohan
1216 Saltair Ave. #102
Los Angeles, CA 90025-1398

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

California Bank & Trust (Bankcard Center)
PO Box 30833
Salt Lake City, UT 84130-0833

Camelia Kusuma
24150 Victory Blvd
Woodland Hills, CA 91367-1255

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

Chase Card Services (Southwest)
PO Box 94014
Palatine, IL 60094-4014

Chester Tower, LLC
PO Box 32428
Los Angeles, CA 90032-0428

Citicards
PO Box 689197
Des Moines, IA 50368-9197

City of Beverly Hills
455 North Rexford Drive
Beverly Hills, CA 90210-4817

DMARC   2007 CD5 Garden Street, LLC
Aires Law Firm
180 Newport Center Dr, Ste. 260
Newport Beach, CA 92660-0901

DMARC 2007-CD5 GARDEN STREET LLC
C/O AIRES LAW FIRM
6 HUGHES, SUITE 205
IRVINE, CA 92618-2063

DMF Lighting
1118 E. 223rd St. Unit 1
Carson, CA 90745-4210

David Pourbaba
8271 Melrose Ave Ste. 200
Los Angeles, CA 90046-6826

Discover
PO Box 61033
Carol Stream, IL 60197-6103

ELI BENDAVID
1535 RUHLAND AVE
MANHATTAN BEACH CA 90266-7127

| | | |
|---|---|---|
| Edmond Lavi<br>5177 Avenida Hacienda<br>Tarzana, CA 91356-4224 | David Cohen<br>6839 Kings Harbor Drive<br>Rancho Palos Verdes, CA 90275-4621 | Elizabeth Sax<br>6355 Topanga Canyon Blvd. Ste# 255<br>Woodland Hills, CA 91367-2117 |
| Encino Corporate Plaza, L.P.<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017-3853 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fereydoun Dayani<br>18345 Ventura Blvd. Ste# 500<br>Tarzana, CA 91356-4245 |
| Figueroa Tower II, LP<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | First National Buildings II, LLC<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>1900 AVENUE OF THE STARS 21ST FL<br>LOS ANGELES CA 90067-4301 |
| Gregor Law Offices<br>2550 Fifth Avenue, Ste. 709<br>San Diego, CA 92103-6624 | Hamid Ahmadi<br>6906 Rain Creek Parkway<br>Austin, TX 78759-7038 | Hamid Joseph Nourmand<br>1801 Century Park East, Suite 1830<br>Los Angeles, CA 90067-2320 |
| Henry David<br>The David Firm<br>617 W. 7th St. Ste. 702<br>Los Angeles, CA 90017-3853 | Holthouse, Carlin & Van Trigt, LLP<br>11444 W. Olympic Blvd, 11th Floor<br>Los Angeles, CA 90064-1500 | Howard L. Abselet<br>114 Pine Street<br>Port Jefferson Station, NY 11776-3161 |
| Howard L. Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 W. 7th St., Suite 702<br>Los Angeles, CA 90017-3853 | Howard Weg<br>Robins Kaplan LLP<br>2049 Century Park East Ste. 3400<br>Los Angeles, CA 90067-3208 | Internal Revenue Service<br>300 North Los Angeles Street, MS 5022<br>Los Angeles, CA 90012-3478 |
| Iraj Zokai<br>1058 22nd Street<br>Santa Monica, CA 90403-4518 | Israel Abselet<br>c/o Henry S. David<br>The David Firm(R)<br>617 West 7th Street, Suite 702<br>Los Angeles, CA 90017-3853 | JCBL Trust<br>16661 Ventura Blvd Ste. 608<br>Encino, CA 91436-4831 |
| Jay J. Fathi<br>235 1/2 Elm St.<br>Beverly Hills, CA 90212-4010 | John Hancock Life Insurance Company<br>PO Box 894764<br>Los Angeles, CA 90189-4764 | Joshua Paradise Holdings, LLC<br>c/o Larry G. Ball<br>100 N. Broadway, Suite 2900<br>Oklahoma City, OK 73102-8865 |
| Kefayat Barlava<br>c/o Resch Polster & Berger, LLP<br>Attn: Michael Baum<br>1840 Century Park East, 17th FL<br>Los Angeles, CA 90067-2118 | Keith Owens<br>Venable LLP<br>2049 Century Park East Ste. 2300<br>Los Angeles, CA 90067-3125 | Kluger & Stein<br>16000 Ventura Blvd, Suite 1000<br>Encino, CA 91436-2762 |
| Law Offices of Homan Taghdiri<br>1801 Century Park East, Ste. 830<br>Los Angeles, CA 90067-2336 | Law Offices of Paras B Barnett<br>3883 Howard Hughes Pkwy Ste 790<br>Las Vegas NV 89169-5995 | Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd, Suite 170<br>Los Angeles, CA 90067-6253 |

M.E.R. Enterprises, Inc.
P.O. Box 32428
Los Angeles, CA 90032-0428

Krane & Smith
16255 Ventura Blvd. Ste. 600
Encino, CA 91436-2311

Massoud Aaron Yashouafar
16661 Ventura Boulevard, Suite 600
Encino, CA 91436-1927

Mayer Makabi
10432 Eastborn Ave., Appt #205
Los Angeles, CA 90024-6188

Mehrdad Taghdiri
9744 Wilshire Blvd. Ste.306
Beverly Hills, CA 90212-1813

Mer Enterprises
P.O. Box 32428
Los Angeles, CA 90032-0428

Michael W. Vivoli
2550 Fifth Avenue, Ste.709
San Diego, CA 92103-6624

Morris Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

N&S Investments LLC
18345 Ventura Blvd. Ste.500
Tarzana, CA 91356-4245

Nasser Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Neiman Marcus
PO Box 5235
Carol Stream, IL 60197-5235

Neman Brothers and Asst
1525 S Broadway
Los Angeles, CA 90015-3030

Paradise Spa Owners Association
c/o Solomon Dwiggins & Freer
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8911

Parvin Rabbani
133 North Willaman
Beverly Hills, CA 90211-2112

Philip Pournazarian
20722 Wells Drive
Woodland Hills, CA 91364-3437

Phillips 66 Co./SYNCB
PO Box 530942
Atlanta, GA 30353-0942

Raymond Yashouafar
16661 Ventura Blvd Ste. 608
Encino, CA 91436-4831

Raymund Carino, on behalf of himself and oth
c/o Solomon Dwiggins & Freer
9060 W. Cheyenne Ave.
Las Vegas, NV 89129-8911

Ready Fresh
PO Box 856158
Louisville, KY40285-6158

Reliable Properties
6399 Wilshire Blvd., Ste. 604
Los Angeles, CA 90048-5709

Robert M. Heller
1880 Century Park East, Ste.615
Los Angeles, CA 90067-1622

Rodney Yashouafar
1033 Hilts Avenue
Los Angeles, CA 90024-3214

Simon Barlava
c/o Resch Polster & Berger, LLP
Attn: Michael Baum
1840 Century Park East, 17th FL
Los Angeles, CA 90067-2118

Sina Abselet
19 Doral Drive
Manhasset, NY 11030-3907

The Estate of Yahouda Yahoudai
1875 Century Park East Suite 920
Los Angeles, CA 90067-2510

The Nimkoff Firm
28 Robert Circle
Syosset, NY 11791-3828

Thomas J. Weiss
Law Offices of Thomas J. Weiss
1925 Century Park East Ste. 2140
Los Angeles, CA 90067-2722

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

U.S. Bank National Association, as Trustee
c/o Keith C. Owens
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067-3125

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
c/o Keith Owens
Venable LLP
2049 Century Park East Ste. 2300
Los Angeles, CA 90067-3125

Union Bank/First Bankcard (FB Omaha)
PO Box 2557
Omaha, NE 68103-2557

United Mileage Plus (Chase Card Serv
PO Box 94014
Palatine, IL 60094-4014

Van Nuys Plywood, LLC
Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

Vivoli Saccuzzo, LLP
c/o Michael W. Vivoli, Esq.
2550 Fifth Avenue, Suite 709
San Diego, CA 92103
San Diego, CA 92103-6624

Vivopools
825 S. Primrose Ave. Suite H
Monrovia, CA 91016-3413

World Real Estate Group
Farid Faryab
PO Box 15925
Beverly Hills, CA 90209-1925

Wraytec Security Services
4730 Walnut St.
Simi Valley, CA 93063-1440

Yahouda Yahoudai
10390 Wilshire Blvd. #1203
Los Angeles, CA 90024-6451

Yona Samih
11766 Wilshire Blvd, Ste. 260
Los Angeles, CA 90025-6573

Ziba Sarafian
18345 Ventura Blvd., Ste. 500
Tarzana, CA 91356-4245

C John M Melissinos
Greenberg Glusker
1900 Avenue of the Stars 21st Fl
Los Angeles, CA 90067-4301

David Keith Gottlieb (TR)
17000 Ventura Boulevard, Suite 300
Encino, CA CA 91316-4112

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356-4245

H. Joseph Nourmand
c/o Snipper Wainer & Markoff
9595 Wilshire Boulevard
Suite 201
Beverly Hills, CA 90212-2502

Howard L. Abselet
c/o Henry S. David
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

Israel Abselet

Jack NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Mark E Goodfriend
Law Offices of Mark E Goodfriend
16055 Ventrua Blvd
Encino, CA 91436-2610

Mark M Sharf
Merritt, Hagen & Sharf LLP
5950 Canoga Ave Ste 400
Woodland Hills, CA 91367-5037

Parvin NOURAFSHAN
c/o Daniel J. McCarthy
Hill, Farrer & Burrill LLP
300 South Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Raymund Carino
c/o Wolf, Rifkin, Shapiro, Schulman & Ra
11400 West Olympic Blvd., 9th Floor
Los Angeles, CA 90064-1582

Simon Barlava
2209 South Santa Avenue
Los Angeles, CA 90058-1109

Solyman Yashouafar
4633 White Oak Place
Encino, CA 91316-4336

Thomas P Jeremiassen (TR)
Berkeley Research Group LLC
2049 Century Park East Suite 2525
Los Angeles, CA 90067-3225

William Harold Brownstein
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540

American Express Centurion Bank
c/o Becker and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

(p) BMW Financial Services
Customer Service Center
PO Box 3608
Dublin OH 43016-0306

Barclay Card (Card Services)
PO Box 60517
City of Industry, CA 91716-0517

Bloomingdale's (Amex)
PO Box 183083
Columbus, OH 43218-3083

BMW Financial Services NA, LLC
c/o Ascension Capital Group
PO Box 165028
Irving, TX 75016-5028

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, NM 55113-0011

BMW Bank of North America
PO Box 23356
Pittsburgh, PA 155222-6356

Barnett and Csoka
3883 Howard Hughes Parkway, Suite 790
Las Vegas, NV 89169-5995

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Encino - 16661 Ventura Blvd. Trust, a Delwar
c/o Keith C. Owens
Venable LLP
2049 Century Park East #2300
Los Angeles, CA 90067-3125

American Express
PO Box 0001
Los Angeles, CA 90096-8000

BMW Card Services
PO Box 660545
Dallas, TX 75266-0545

Bloomingdale's
PO Box 183083
Columbus, OH 43218-3083

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

Discover
PO Box 29033
Phoenix, AZ 85038-9033

East West Bank (Cardmember Service)
PO Box 790408
Saint Louis, MO 63179-0408

Great Lakes (US Department of Education)
PO Box 530229
Atlanta, GA 30353-0229

David Pouraba
8271 Melrose Ave., Suite 200
Los Angeles, CA 90046-6826

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Elkwood Associate LLC
Daniel J McCarthy
300S. Grand Ave., 37th Floor
Los Angeles, CA 90071-3147

Greenblatt Loveridge
22151 Ventura Blvd., Suite 200
Woodland Hills, CA 91364-1666

Diners Club
PO Box 6101
Carol Stream, IL 60197-6101

Eli Bendavid
1535 Ruhland Ave
Manhattan Beach, CA 90266-7127

Fereydoun Dayani
18345 Ventura Blvd., Suite 500
Tarzana, CA 91356-4245

Macy's
PO Box 689195
Des Moines, IA 50368-9195

Mehrdad Taghdiri
9744 Wilshire Blvd., Suite 306
Beverly Hills, CA 90212-1813

Mercury Insurance
PO Box 11991
Santa Ana, CA 92711-1991

Nordstrom Bank
PO Box 79137
Phoenix, AZ 85062-9137

Mark Smith
16225 Ventura Blvd., Suite 600
Encino, CA 91436

PY Note, LLC
Danny Pakravan
3131 Antelo Road
Los Angeles, CA 90077-1603

Mayer Makabi
10432 Eastborn Ave., Appt 205
Los Angeles, CA 90024-6188

Mercedes Benz Financial Services
PO Box 5209
Hoffman Estates, IL 60192-5209

Milken Community High School
15800 Zeldin's Way
Los Angeles, CA 90049

Quality Swimming Pool
2938 W. 15th Street
Los Angeles, CA 90006-4238

Southern California Edison
1551 W San Bernardino Rd.
Covina, CA 91722-3407

Soda Partners, LLC
c/o RRA
PO Box 11480
Beverly Hills, CA 90213-4480

Robins Kaplan - Attn: K Meek
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208

Simon Barlava
524 N. Alpine Dr.
Beverly Hills, CA 90210-3316

Southern California Edison
PO Box 600
Rosemead, CA 91770-0600

The Gas Company
PO Box C
Monterey Park, CA 91754-0932

Brian L. Davidoff
Greenberg Glusker
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067-4301

Southern California Edison
PO Box 30337
Los Angeles, CA 90030-0337

US Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Massoud Aaron Yashouafar
910 North Rexford Drive
Beverly Hills, CA 90210-2911

The Registered Holders of CD 2006-CD3 US B
Venable LLP
Attn: Keith C. Owens
2049 Century Park East, Suite 2300
Los Angeles, CA 90067-3125